1001-8415

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC. AND LOUIS VINAGRO<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY | **C.A. NO. 05-177 ML** |

**CERTIFICATION OF STATE COURT RECORDS**

Pursuant to Local Rule 36(b) and General Order 2003-01, the defendant, Hartford Fire Insurance Company, hereby submits a certified copy of the entire State Court docket as attached and incorporated by reference to this certification.

HARTFORD FIRE INSURANCE COMPANY,
By its Attorneys,

**MORRISON MAHONEY LLP**

[signature]

Michael J. Marcello, #5221
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: May 2, 2005

SCANNED



3

**CERTIFICATION**

I hereby certify that on the 2nd day of May, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Barbara E. Grady, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Katy N Berdugo



588586v1

1001-8415

①

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC. AND LOUIS VINAGRO<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY | FILED [redacted] 05 177 ML<br>C.A. NO.<br>APR 26 2005<br>U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND |

**NOTICE OF REMOVAL**

Now comes the defendant, Hartford Fire Insurance Company, (hereinafter "Defendant"), and hereby petitions for the removal of this action from the Providence County Superior Court of the State of Rhode Island, where it is now pending as Civil Action Number PC2005-1220, to the United States District Court for the District of Rhode Island, pursuant to 28 USC § 1441 *et. seq. The United States District Court for the District of Rhode Island has jurisdiction over this matter based on the court's diversity jurisdiction, Title 28 § 1332.* In support of this notice, defendant states:

1. The plaintiff, Louis Vinagro, is a citizen of the State of Rhode Island.

2. The co-plaintiff, New England Ecological Development, Inc., is a Rhode Island corporation with its principal place of business located in Johnston, RI.

3. The defendant, Hartford Fire Insurance Company is incorporated in the State of Connecticut with its principal place of business located in Hartford, Connecticut.

4. Based on a fair reading of the plaintiffs' complaint, damages in this action exceed the sum of $75,000.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

588584v1

5. There is and was complete diversity between the plaintiffs and the defendant at the time the complaint was filed in State Court and at the time defendant seeks the removal of this action.

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on the defendant are attached and incorporated by reference to this petition as set forth in defendant's Exhibit "A".

7. Pursuant to 28 USC § 1446(b), this notice is filed within thirty (30) days of plaintiffs' service of their complaint on the defendant. Pursuant to 28 USC § 1446(d) a copy of this Notice of Removal is being filed with the Clerk of the Providence County Superior Court for the State of Rhode Island and a copy is being served upon plaintiffs' counsel.

8. Pursuant to Local Rule 36(b) and General Order 2003-01, a certified docket sheet of all State Court records and proceedings and a certified or attested copy of all State Court docket entries will be filed within the next 10 days.

WHEREFORE, defendant, hereby petitions to remove this action now pending in the Providence County Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island for the aforesaid reasons.

HARTFORD FIRE INSURANCE COMPANY,
By its Attorneys,

**MORRISON MAHONEY LLP**

Michael J. Marcello #5221
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: April 26, 2005

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



588584v1

## CERTIFICATION

I hereby certify that on the 26th day of April, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Barbara E. Grady, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Clerk
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Katy N Berdugo

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 04/26/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

(2)

## DOCKET EVENT LISTING

CASE NO.: PC2005 1220 TYPE INJUNCTIVE RELIEF
TITLE: NEW ENGLAND ECOLOGICAL DEV V HARTFORD FIRE INS CO
FILING DATE: 03-11-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| HARTFORD FIRE INS CO | BDF | Unknown, Attorney | AOR |
| NEW ENGLAND ECOL DEV INC | BPL | Grady, Barbara E. | AOR |
| VINAGRO, LOUIS | PLF | Grady, Barbara E. | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

KRH 03-14-2005
COMPLAINT FILED
SXH 04-07-2005
SUMMONS, PROOF OF SERVICE FILED
HARTFORD FIRE
JM 04-26-2005
NOTICE OF REMOVAL
JM 04-26-2005
CASE REMOVED TO U.S. DISTRICT CT

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(3A)

***STATE OF RHODE ISLAND***
***SUPERIOR COURT***

***PROVIDENCE, SC***

***NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC and LOUIS VINAGRO*** :
: ***C.A. NO. 05-*** 1220
:
***-VS-*** :
:
***HARTFORD FIRE INSURANCE COMPANY*** :
:

## COMPLAINT
## FOR DECLARATORY AND INJUNCTIVE RELIEF
## AND DAMAGES

1. Plaintiff, New England Ecological Development, Inc. ( "NEED") is a corporation organized and licensed to do business in the State of Rhode Island.

2. NEED is in permanent receivership pursuant to an Order of the Providence Superior Court dated September 26, 2002.

3. NEED formerly operated a construction and demolition debris processing facility, transfer station and wood recovery facility located at 23 Greenhill Road, Johnston, Rhode Island.

4. Plaintiff Louis Vinagro ("Vinagro") is a resident of the Town of Johnston, State of Rhode Island and at all times material hereto was the sole shareholder of all the issued and stock of NEED.

5. Upon information and belief, Defendant Hartford Fire Insurance Company ("Hartford") is a corporation licensed and registered to do business in the State of Rhode Island.

6. Hartford's principle place of business is Hartford Plaza, Hartford, Connecticut, and is in the business of issuing policies of commercial liability and fire insurance.

7. On or about May 18, 2002, Hartford issued a policy for commercial/inland marine insurance coverage to NEED under Policy #02 MS IB 3540 02 (the "Policy") for a term expiring on April 20, 2003. A copy of the Policy is annexed to this Complaint as Appendix A.

8. The Policy insured certain articles of equipment which were specifically delineated on the Schedule of Property annexed to the Policy.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

127674

INR
YO
3196

9. Vinagro was the Guarantor of NEED's obligations.

10. On or about August 24, 2002, a fire occurred at the NEED facility.

11. As a result of said fire, certain pieces of machinery and equipment that were covered under the policy were either damaged or destroyed. A number of the pieces of the machinery and equipment that were damaged or destroyed were the subject of certain Security Agreements that had been personally guaranteed by Vinagro..

12. On or about December 10, 2004, pursuant to R.I. Gen. Laws § 27-7-2.2 NEED/Vinagro, through its insurance adjuster, American Reconstruction, Inc., made demands upon the Hartford in the amount of $220,900 with respect to the damages sustained in the fire of August 24, 2002. A copy of the Demand Letter is annexed hereto as Appendix B.

13. By correspondence dated January 7, 2005, the Hartford denied NEED's request for coverage of the loss sustained in the fire of August 24, 2002 a copy of the denial is annexed hereto as Exhibit C.

**COUNT I**
**(Declaratory Judgment)**

14. NEED incorporates by reference the factual allegations set forth in Paragraphs 1 through 13 of this Complaint as if fully set forth in this Count.

15. The Hartford is obligated under the express terms of the Policy to provide coverage to NEED for losses it sustained in the fire of August 24, 2002.

16. The Hartford has refused to pay the claim, or provide coverage for the claim submitted by NEED, pursuant to the terms and conditions of the Policy.

17. NEED is a party to the Policy, and is entitled to a determination of its right under the Policy, pursuant to R.I. Gen. Laws § 9-30-2.

***Wherefore,*** NEED prays that this Court issue judgment against the Hartford under the Uniform Declaratory Judgment Act, R.I. Gen. Laws § 9-30-1 through 9-30-16, declaring that the Hartford is obligated to provide coverage and pay for the loss sustained by NEED as a result of the fire on August 24, 2002, and to provide NEED such other relief as justice may require, including, without limitation, interests, costs of this action and reasonable counsel fees.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COUNT II**
**(Breach of Contract)**

18. NEED incorporates by reference the factual allegations set forth in Paragraphs 1 through 17 of this Complaint as if fully set forth in this Count.

...for the loss sustained by NEED in the fire of August 24, 2002.

20. The Hartford has refused to comply with its obligation under the Policy, in breach ... whereby NEED and/or Vinagro have suffered damages.

*Wherefore,* NEED prays that this Court issue judgment against Hartford in an amount to be determined, together with such other relief as NEED may be entitled to, including, without limitation, interest, costs of this action and reasonable counsel fees.

**COUNT III**
**(Bad Faith)**

21. NEED incorporates by reference the factual allegations set forth in Paragraphs 1 through 20 of this Complaint as if fully set forth in this Count.

22. The Hartford's failure to comply with the expressed terms and conditions of its Policy to its insured NEED constitutes bad faith.

*Wherefore,* NEED requests judgment against Hartford in an amount to be determined at Trial, and that it be awarded such other relief as NEED may be entitled to, including, without limitation, interest, costs of this action and reasonable counsel fees.

Plaintiff's
By their attorney,

Barbara E. Grady, Esq., #3196
170 Westminster Street
Suite 601
Providence, RI 02903
(401) 351-4800

**Plaintiff demand Trial by Jury**

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Commercial Inland Marine
POLICY
From The Hartford



True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

gencorp®
INSURANCE GROUP
16 Main Street
E.Greenwich, RI 02818
t: 401.884.7800
f: 401.884.0290

# QUICK REFERENCE - COMMERCIAL INLAND MARINE

## READ YOUR POLICY CAREFULLY

The Commercial Inland Marine Policy consists of the Policy Jacket, the Declarations, The Common Policy Conditions, The Commercial Inland Marine Conditions, The Coverage Form or Forms and any Endorsements issued as a part of the policy and listed on the Declarations Page.

An outline of the contents of these sections follows.

*3500202IB35400101 00522

### DECLARATIONS PAGE

- Company Name and Address
- Policy Number and Previous Policy Number
- Named Insured and Mailing Address
- Policy Period
- Agent's or Broker's Name
- Summary of Coverages and Premium
- Loss Payee
- Forms Applicable

### COMMON POLICY CONDITIONS

A. Cancellation
B. Changes
C. Examination of Your Books and Records
D. Inspections and Surveys
E. Premiums
F. Transfer of Your Rights and Duties Under This Policy

### COMMERCIAL INLAND MARINE CONDITIONS

**Loss Conditions**

A. Abandonment
B. Appraisal
C. Duties in The Event of Loss
D. Insurance Under Two or More Coverages
E. Loss Payment
F. Other Insurance
G. Pair, Sets or Parts
H. Privilege to Adjust With Owner
I. Recoveries
J. Reinstatement of Limit After Loss
K. Transfer of Rights of Recovery Against Others To Us

**General Conditions**

A. Concealment, Misrepresentation or Fraud
B. Legal Action Against Us
C. No Benefit to Bailee
D. Policy Period
E. Valuation

### COVERAGE FORM(S)

A. Coverage
   1. Covered Property
   2. Property Not Covered
   3. Covered Causes of Loss
   4. Coverage Extensions (if applicable)
B. Exclusions
C. Limits of Insurance
D. Deductible
E. Additional Conditions
F. Definitions

### SCHEDULES

- Description of Covered Property
- Limit(s) of Insurance
- Rate(s)
- Premium(s)
- Deductible(s)

### ENDORSEMENTS, IF ANY

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

This Marine Policy is provided by the insurance company(s) of The Hartford Insurance Group, shown below.

# COMMERCIAL INLAND MARINE DECLARATIONS

THE HARTFORD

**INSURER:** HARTFORD FIRE INSURANCE COMPANY
HARTFORD PLAZA HARTFORD, CONNECTICUT 06115

**POLICY NUMBER:** 02 MS IB3540 02

**Named Insured and Mailing Address:** NEW ENGLAND DEVELOPMENT
23 GREEN HILL RD
JOHNSTON RI 02919

**Policy Period:** From 05/18/02 To 04/20/03
12:01 a.m., standard time at your mailing address shown above.

**Agent's or Broker's Name:** GENCORP INSURANCE GROUP, INC

**Insurance Provided:**
In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide insurance as stated in this policy.

This premium was computed based on rates in effect at the time this policy was issued. On each renewal or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**Summary of Commercial Inland Marine Coverages and Premium:**

| Type of Coverage | Advance Premium |
|---|---|
| CONTRACTOR'S EQUIPMENT | $41,526.00 |
| **Total Advance Premium** | $41,526.00 |

**The following applies to coverages subject to reporting:**

**Type of Coverage:**

Deposit Premium:
Premium Base:
Computed on:
**Reporting Period:**
**Adjustment Period:**
Reporting Rate:

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**Minimum Premium:** **Type of Minimum Premium:**

We will adjust any losses with you and pay any claim to you and this Loss Payee jointly or as interests may appear.

**LOSS PAYEE:**

**Form Numbers of Coverage Forms, Schedules, Endorsements and other forms that are a part of this policy:**
MS17010997 MS00030997 IH00170295 IL02730102 MS00010900 MS00261285
MS19011285T
IH12011185 MINIMUM PREMIUM

*3500202IB35400101 00523

Countersigned by ______________________________
Authorized Representative Date

ORIGINAL
Form MS 18 01 09 97

*3500202IB35400101 00524

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized on behalf of all insureds to agree with us on changes in the terms of this policy. If the terms are changed, the changes will be shown in an endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

We may do the same as to the books and records of any organization you newly acquire or form that is deemed to be a Named Insured under this policy.

**D. INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. Such inspections are not safety inspections. We do not undertake any duty to provide for the health or safety of any person. And we do not represent or warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations on our behalf.

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



Copyright Hartford Fire Insurance Company, 1995

(Includes copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 1986)

IL 02 73 01 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

*3500202IB35400101 00525

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** With respect to the:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE FORM
FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITONS, DEFINITIONS
FARM - LIVESTOCK COVERAGE FORM
FARM - MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM;

Paragraph **1.** of the CANCELLATION Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by giving, mailing or delivering advance written notice of cancellation to us or to our agent who issued the policy.

**C.** With respect to all Coverage Parts and Policies addressed in this Endorsement, the CANCELLATION Common Policy Condition is amended by replacing paragraphs **2.**, **3.**, **5.** and **6.** with the following:

2. We may cancel this policy by giving, mailing or delivering to the first Named Insured and agent, if any, written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.

   If this policy has been in effect for 60 days or more, or if this is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;
   b. Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;
   c. Activities or omissions on your part which increase any hazard insured against, including a failure to comply with loss control recommendations;
   d. Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to regulation, legislation, or court decision;
   e. Loss or decrease of our reinsurance covering all or part of the risk or exposure covered by the policy;
   f. Determination by the Commissioner of Insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this state;

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island


Copyright, Insurance Services Office, Inc., 2001

G. Under the MORTGAGE HOLDERS Condition, the paragraph pertaining to cancellation and nonrenewal are replaced by the following:

1. If we cancel this policy, we will give, mail or deliver written notice to the mortgage holder at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the date of cancellation if we cancel for any other reason.

2. If we do not renew this policy, we will give, mail or deliver written notice to the mortgage holder at least 10 days before:

   a. The expiration date of the policy; or

   b. An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.

3. If notice of cancellation of nonrenewal is mailed, we will use certified mail, return receipt requested. We will also obtain a written receipt from the United States Postal Service, showing the name and address of the mortgage holder stated in the policy; this receipt will be sufficient proof of notice. If we do not receive a return receipt within 10 days, we shall forward the notice of cancellation or nonrenewal by first class mail and maintain proof of mailing. This proof of mailing will be sufficient proof of notice.

*3500202IB35400101 00526

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

*3500202IB35400101 00527

## LOSS CONDITIONS

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the property or the amount of "loss", either may make written demand for an appraisal of the "loss". In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties In The Event Of Loss**

You must see that the following are done in the event of "loss" or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the "loss" or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the "loss" or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.
5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including any insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

**D. Insurance Under Two or More Coverages**

If two or more of this policy's coverages apply to the same "loss" or damage, we will not pay more than the actual amount of the "loss" or damage.

**E. Loss Payment**

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and
2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and
2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;
2. The cost of reasonably restoring that property to its condition immediately before "loss" or damage; or
3. The cost of replacing that property with substantially identical property.

In the event of "loss" or damage, the value of property will be determined as of the time of "loss" or damage.

*3500202IB35400101 00528

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

 Copyright, Insurance Services Office, Inc., 1999 

# CONTRACTOR'S EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical "loss" to Covered Property caused by any of the Covered Causes of Loss.

1. **Covered Property,** as used in this Coverage Form, means the Contractor's Equipment listed and described in the Declarations or Schedule.
2. **Property Not Covered**
   Covered Property does not include:
   a. (1) Automobiles, motor trucks, tractors, trailers, motorcycles;
   (2) Aircraft; or
   (3) Watercraft
   unless described and listed with a Limit of Insurance in the Declarations or Schedule;
   b. Property while loaned, rented, hired, or leased to others by you;
   c. Property while waterborne or airborne, except while in transit in the custody of a carrier for hire; or
   d. Contraband or property in the course of illegal transportation or trade.
3. **Covered Causes of Loss**
   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property from any external cause except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We will not pay for "loss" caused directly or indirectly by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".
   a. Seizure or destruction of property by order of governmental authority.
   But we will pay for acts of destruction to Covered Property ordered by governmental authority and taken at the time of a fire to prevent its spread.
   b. (1) Any weapon employing atomic fission or fusion; or
   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct physical "loss" to Covered Property caused by resulting fire.
   c. (1) War, including undeclared or civil war;
   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.
2. We will not pay for "loss" caused by or resulting from any of the following.
   a. Delay, loss of use, loss of market, or any other causes of consequential "loss".
   b. Wear and tear, depreciation or obsolescence.
   c. Rust, corrosion, fungus, decay, deterioration, hidden or latent defect, or any quality in property that causes it to damage or destroy itself.
   d. Mechanical breakdown or failure.
   But we will pay for direct physical "loss" to Covered Property caused by resulting fire or explosion, except as otherwise excluded.
   e. Artificially generated electric current in-

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

*3500202IB35400101 00529



Copyright Hartford Fire Insurance Company, 1985

(Includes copyrighted material of Insurance Services Office with is permission. Copyright, Insurance Services Office, 1983, 1984)

**POLICY NUMBER:** 02 MS IB..40

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

MINIMUM PREMIUM

COMMERCIAL INLAND MARINE COVERAGE PART

IT IS HEREBY AGREED THAT A $1,500 MINIMUM EARNED PREMIUM APPLIES.

*3500202IB35400101 00530

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**POLICY NUMBER:** 02 MS IB_ .̣0

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

DEDUCTIBLE AMOUNT

COMMERCIAL INLAND MARINE COVERAGE PART

$5,000 PER ITEM BUT;
$10,000 FOR ITEM(S) WITH INSURED VALUE IN EXCESS OF $150,000;
$1,000 FOR ITEM(S) WITH INSURED VALUE LESS THAN $10,000

*3500202IB35400101 00531

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

*3500202IB35400101 00532

# COMMERCIAL INLAND MARINE
# SCHEDULE OF PROPERTY COVERED

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

**POLICY NUMBER:** 02 MS IB3540

**TYPE OF COVERAGE:**

RATE: VRS PREMIUM: $45,000 MAXIMUM LIMIT: $4,609,650
DEDUCTIBLE: SEE IH1200

| ITEM NO. | FULL DESCRIPTION OF COVERED PROPERTY | LIMIT OF INSURANCE |
|---|---|---|
| 1. | 1988 MOSLEY S1000 CAN DENSIFIER S#90080 | $10,000 |
| 2. | 1988 PARKER T-550D PORTABLE TROMMEL S#T8713 | $20,000 |
| 3. | 1990 WEST SALEM 4040B HAMMER HOG S# D501516 | $30,000 |
| 4. | 1997 WEST SALEM 4864B HOGGER ENGINE S#4CR00571 | $150,000 |
| 5. | CHAMPION 30X44 HAMMERMILL | $19,400 |
| 6. | RAMCO 2346 GRANULATOR S#1116-WR | $15,000 |
| 7. | 1997 HEIL 12M BTU DRYER | $75,000 |
| 8. | 1989 CATERPILLAR/EXCELL 3306 GENERATOR S#83Z05083 | $20,000 |
| 9. | 1992 KURTZ BROS. WOOD COLOR SYSTEM | $20,000 |
| 10. | 1992 AMADAS 860 BAGGING SYSTEM S#A30539,545,547,546 | $100,000 |
| 11. | 1991 RETECH 720 TROMMEL S#T00439T333817 | $50,000 |
| 12. | 1993 SCARAB 14 HYD COMPOST TURNER S#173 | $50,000 |
| 13. | 1993 ENVIRCARE RS-3590 OIL CRUSHER S#1025310 | $27,500 |
| 14. | 1994 VALMAR 9ZAQV11 LOG MACHINE S#1-75/150 | $175,000 |
| 15. | 1995 READ RD-90C SCREENALL S#1312 | $50,000 |
| 16. | 1989 CATERPILLAR PL 3412 GENERATOR SET S#81Z07540 | $75,000 |
| 17. | 1974 FAIRBANKS 90-161-A DECK SCALE S#G994553 | $5,000 |
| 18. | 1989 SHREDDING SYSTEM MDL#3400E S#89-151-0312 | $50,000 |
| 19. | 1990 MASTERSCREEN DH SCREENING PLANT S2029478 | $25,000 |
| 20. | 1989 SELCO 2R-12150 RAM BALER S#7898018 | $100,000 |
| 21. | 1990 HUSTLER 60X37X1/4 STEEL BELT CONVEY S#B2395 | $18,500 |
| 22. | 1989 EXCEL PLANT 3406 RED CRUSHER PLANT S#J0689059D | $300,000 |
| 23. | 1989 CATERPILLAR 953 LOADER S#20Z3493 | $50,000 |
| 24. | 1995 GATOR 6X4 ALL TURAINE S#W006X4X011330 | $2,500 |
| 25. | CATERPILLAR D8K DOZER S#77V9768 | $25,000 |
| 26. | 1984 JOHN DEERE 555 DOZER S#TDD555A380093 | $10,000 |
| 27. | 1976 MICHIGAN/CLARK 125-B PAYLOADER S#439C175FSL | $20,000 |
| 28. | 1990 CATERPILLAR EL-240B EXCAVATOR S#5WG0275FSL | $50,000 |
| 29. | 1991 CATERPILLAR 966E WHEEL LOADER S#99Y6988 | $50,000 |
| 30. | JOHN DEERE 850 DOZER S#364981T | $10,000 |
| 31. | 1991 JOHN DEERE 690 DLC EXCAVATOR DW690DL530815 | $50,000 |
| 32. | 1990 JOHN DEERE 744 ELOADER S#CK744EB000112 | $50,000 |
| 33. | 1993 JOHN DEERE 744 E LOADER S#CK744EB000402 | $60,000 |
| 34. | 1993 CASE 1854C LOADER S#JAF0102249 | $10,000 |
| 35. | 1990 CATERPILLAR 24V EXCAVATOR S#5TG00166 | $20,000 |
| 36. | 1980 CATERPILLAR 826C COMPACTOR S#87X00214 | $50,000 |
| 37. | 1976 CATERPILLAR 826B COMPACTOR S#58V00254 | $50,000 |
| 38. | 1993 BOBCAT 853B SKID LOADER S#510126926 | $7,500 |
| 39. | 1994 JOHN DEERE 440E EXCAVATOR S#CK744EB00452 | $30,000 |
| 40. | 1994 JOHN DERRE 744E LOADER S#CK744EB00452 | $60,000 |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# COMMERCIAL INLAND MARINE
# SCHEDULE OF PROPERTY COVERED

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

**POLICY NUMBER:** 02 MS IB3540

**TYPE OF COVERAGE:**

| | | |
|---|---|---|
| 41. | 1983 DJB 350 ARTICULATED DUMP S#6235-1983 | $30,000 |
| 42. | 1998 JOHN DEERE 690E EXCAVATOR S#DW960EL563237 | $80,000 |
| 43. | 1990 CATERPILLAR E120B EXCAVATOR S#7NF2680 | $35,000 |
| 44. | 1998 GRUENDLER 5060 DEMO. HOG S#8AR00492 | $300,000 |
| 45. | 1998 POWER SCREEN 830 TRUMMEL S#8495333 | $175,000 |
| 46. | 1997 JOHN DEERE 744H LOADER S#DW744HM560248 | $150,000 |
| 47. | 1998 HYDRO MAC 2250C SKID LOADER S#15788 | $20,000 |
| 48. | ROLL-OFF CONTAINERS | $5,000 |
| 49. | 1976 JOHN DEERE 646B WHEELLOADER S#51-D-271-367 | $15,000 |
| 50. | 1990 MASTERSCREEN DIT SCREENING PLANT S#502-409 | $35,000 |
| 51. | 1984 MACK RD-685SX ROLL-OFF S#M2P134C2EA010673 | $15,000 |
| 52. | 1983 MACK MR685 FB(W/LOGLOADER) S#1M2K127L4DM006704 | $5,000 |
| 53. | 1968 MACK DM 800 DUMP S#DM885SX1029 | $5,000 |
| 54. | 1965 AMERICAN LAFRANCE C950 PUMPER S#2.1.9859 | $5,000 |
| 55. | 1980 HILL SD 12454 TRAILER | $7,500 |
| 56. | 1995 CATERPILLAR D300E END DUMP S#7FN224 | $125,000 |
| 57. | 1995 CATERPILLER D300E END DUMP S#7FN00226 | $125,000 |
| 58. | 1995 CATERPILLAR D300E END DUMP S#7N00229 | $125,000 |
| 59. | 1998 CATERPILLAR 345B EXCAVATOR S#5WS00189 | $275,000 |
| 60. | 1986 JOHN DEERE 595 WHEEL EXCAVATOR S#CK0595D000239 | $40,000 |
| 61. | 1996 CATERPILLAR 980G LOADER S#9CM362 | $175,000 |
| 62. | 1998 LANTECH Q300 PALLET WRAPPER S#QM004204 | $6,500 |
| 63. | 1987 CATERPILLAR D7H DOZER S#79Z936 | $50,000 |
| 64. | 1993 CATERPILLAR 325L EXCAVATOR S#7CJ00323 | $55,000 |
| 65. | 2000 HYDRO-MAC 2650 SKID LOADER S#404SD822849 | $40,000 |
| 66. | 1994 NISSAN 5000LB FORKLIFT S#CPH02A25V903943 | $13,250 |
| 67. | 2000 WEST SALEM 60-16 DISC SCLAPPER S#1771299 | $170,000 |
| 68. | 1984 CATERPILLAR D8K DOZER S#77V12280 | $25,000 |
| 69. | 2001 KOBELCO SK-160 EXCAVATOR S#YN02U0146 | $117,500 |
| 70. | 2001 KOBELCO SK-210 EXCAVATOR S#YO0740619 | $139,500 |
| 71. | RE1 58X48 2-PLY CONVEYOR | $20,000 |
| 72. | 1992 RETECH 3650 STACKING CONVEYOR | $25,000 |
| 73. | 1996 RETECH 6052 PICKING STATION S#96017-6052 | $60,000 |
| 74. | 1995 RETECH SCREENER S#1R9TR472X5M216107 | $75,000 |
| 75. | 1992 RETECH TROMMEL | $20,000 |
| 76. | 1995 RETECH TROMMEL | $50,000 |
| 77. | MISCELLANEOUS TOOLS & EQUIPMENT | $5,000 |

*35002021B35400101 00533

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## COMMERCIAL INLAN[ ]MARINE CHANGE ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement is a part of the policy number below, and issued by the Hartford Insurance Group company designated. It takes effect on the effective date stated below.

Named Insured and Mailing Address
NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC
23 GREEN HILL RD
JOHNSTON, RI 02919

| Policy No.<br>02 MS IB3540 | Endt. No.<br>01 REVISED |
|---|---|
| Effective Date<br>05/18/2002 | 12:01 A.M. Standard Time at your mailing address |

Agent's or Broker's Name: GENCORP INSURANCE GROUP, INC.
Code: 090557

**The following items are changed as explained below and marked by X**

[ ] Additional Premium Due This Endorsement $

[X] Return Premium Payable This Endorsement $ 8,200

[X] 1. Named Insured
[ ] 2. Mailing Address
[ ] 3. Covered Premises
[ ] 4. Loss Payee
[ ] 5. Item(s) added to schedule
[ ] 6. Item(s) deleted from schedule
[X] 7. Description of scheduled item(s)
[ ] 8. ______________________

**Item number and explanation of change:**
**1.) IT IS HEREBY AGREED TO AMEND THE NAMED INSURED AS FOLLOWS:**
**2.) NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC.**

**7.) CONTRACTORS EQUIPMENT SCHEDULE IS AMENDED PER THE ATTACHED MS1901(1285)**

rue Copy Attest

Countersigned by [signature] Agent

Policy Expiration Date: 04/20/2003

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Form MS 12 01 10 91 Printed in U.S.A.
VBF 06/12/2002

# COMMERCIAL INLAND MARINE CHANGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

This endorsement is a part of the policy number below, and issued by the Hartford Insurance Group company designated. It takes effect on the effective date stated below.

Named Insured and Mailing Address
NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC
23 GREEN HILL RD
JOHNSTON, RI 02919

| Policy No. 02 MS IB3540 | Endt. No. 01 REVISED |
|---|---|
| Effective Date 05/18/2002 | 12:01 A.M. Standard Time at your mailing address |

Agent's or Broker's Name: GENCORP INSURANCE GROUP, INC.
Code: 090557

**The following items are changed as explained below and marked by X**

| | | | |
|---|---|---|---|
| [ ] | Additional Premium Due This Endorsement $ | [X] | Return Premium Payable This Endorsement $ 8,200 |
| [X] | 1. Named Insured | [ ] | 5. Item(s) added to schedule |
| [ ] | 2. Mailing Address | [ ] | 6. Item(s) deleted from schedule |
| [ ] | 3. Covered Premises | [X] | 7. Description of scheduled item(s) |
| [ ] | 4. Loss Payee | [ ] | 8. ______________ |

**Item number and explanation of change:**
**1.) IT IS HEREBY AGREED TO AMEND THE NAMED INSURED AS FOLLOWS:**
**2.) NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC.**

**7.) CONTRACTORS EQUIPMENT SCHEDULE IS AMENDED PER THE ATTACHED MS1901(1285)**

Countersigned by ______________ Agent          Policy Expiration Date: 04/20/2003

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Form MS 12 01 10 91 Printed in U.S.A.
VBF 06/12/2002

## COMMERCIAL INLAND MARINE
## SCHEDULE OF PROPERTY COVERED

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT **PAGE ONE OF THREE**

New Annual Premium $ 36,116

Rate: $ VRS | New Term Premium: $ 33,335 | Maximum Limit: $ 3,700,400 (If Applicable)

Deductible: $ See IH1200

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 1. | 1988 MOSLEY S1000 CAN DENSIFIER S#90080 | $10,000 |
| 2. | 1989 PARKER T-550D PORTABLE TROMMEL S#T8713 | $20,000 |
| 3. | 1990 WEST SALEM 4040B HAMMER HOG S#D501516 | $20,000 |
| 4. | 1997 WEST SALEM 4864B HOGGER ENGINE S#4CR00571 | $100,000 |
| 5. | CHAMPION 30X44 HAMMERMILL | $19,400 |
| 6. | RAMCO 2346 GRANULATOR S#116-WR | $5,000 |
| 7. | 1997 HEIL 12M BTU DRYER | $50,000 |
| 8. | 1989 CATERPILLAR/EXCELL 3306 GENERATOR S#83Z05083 | $20,000 |
| 9. | 1992 KURTZ BROS. WOOD COLOR SYSTEM | $20,000 |
| 10. | 1992 AMADAS 860 BAGGING SYSTEM S#A30539,545,547,546 | $80,000 |
| 11. | 1991 RETECH 720 TROMMEL T04039T333817 | $30,000 |
| 12. | 1993 SCARAB 14 HYD COMPOST TURNER S#173 | $50,000 |
| 13. | 1993 ENVIROCARE RS-3590 OIL CRUSHER S#1025310 | $27,500 |
| 14. | 1994 VALMAC 9ZAQV11 LOG MACHINE S#1-75/150 | $150,000 |
| 15. | 1995 READ RD-90C SCREENALL S#1312 | $40,000 |
| 16. | 1989 CATERPILLAR PL 3412 GENERATOR SET S#81Z07540 | $75,000 |
| 17. | 1974 FAIRBANKS 90-161-A DECK SCALE S#G994553 | $5,000 |
| 18. | 1989 SHREDDING SYSTEM MDL#3400E S#891510312 | $50,000 |
| 19. | 1990 MASTERSCREEN DH SCREENING PLANT S2029478 | $20,000 |
| 20. | 1989 SELCO 2R-12150 RAM BALER S#7898018 | $80,000 |
| 21. | 1990 HUSTLER 60X37X1/4 STEEL BELT CONVEYER S#B2395 | $10,000 |
| 22. | 1989 EXCEL PLANT 3406 RED CRUSHER PLANT EXCEL S#J0689059D | $250,000 |
| 23. | 1989 CATERPILLAR 953 LOADER S#20Z3493 | $50,000 |
| 24. | DELETED | |
| 25. | CATERPILLAR D8K DOZER S#77V9768 | $25,000 |
| 26. | 1984 JOHN DEERE 555 CRAWLER DOZER S#TDD555A380093 | $10,000 |
| 27. | 1976 MICHIGAN/CLARK 125-B PAYLOADER W/ FORKS S#439C175FSL | $20,000 |
| 28. | 1990 CATERPILLAR EL-240B EXCAVATOR S#5WG0279CK0242 | $25,000 |
| 29. | 1991 CATERPILLAR 966E WHEEL LOADER S#99Y6988 | $40,000 |
| 30. | JOHN DEERE 850 ANGLE DOZER S#364981T | $10,000 |
| 31. | 1991 JOHN DEERE 690 DLC EXCAVATOR DW690DL530815 | $40,000 |
| 32. | 1990 JOHN DEERE 744 ELOADER S#CK744EB000112 | $45,000 |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAND MARINE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT **PAGE TWO OF THREE**

Rate: $ ________ Premium: $ ________ Maximum Limit: $ ________

Deductible: $ ________ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 33. | 1993 JOHN DEERE 744 E LOADER S#CK744EB000402 | $50,000 |
| 34. | 1993 CASE 1854C LOADER S#JAF0102249 | $5,000 |
| 35. | 1990 CATERPILLAR 24V EXCAVATOR S#5TG00166 | $10,000 |
| 36. | 1980 CATERPILLAR 826C LANDFILL COMPACTOR S#87X00214 | $40,000 |
| 37. | 1976 CATERPILLAR 826B LANDFILL COMPACTOR S#58V00254 | $40,000 |
| 38. | 1993 BOBCAT 853B SKID LOADER S#510126920 | $7,500 |
| 39. | 1994 JOHN DEERE 490E EXCAVATOR S#CFF490EX025145 | $20,000 |
| 40. | 1994 JOHN DEERE 744E 4 WHEEL DRIVE S#CK44EB00452 | $50,000 |
| 41. | 1983 DJB ARTICULATED DUMP TRUCK S#6235-1983 | $20,000 |
| 42. | 1998 JOHN DEERE 690E EXCAVATOR W/THUMB S#DW960EL563237 | $50,000 |
| 43. | 1990 CATERPILLAR E120B EXCAVATOR S#7NF2680 | $25,000 |
| 44. | 1998 GRUENDLER 5060 DEMO. HOG S#8AR00492 | $200,000 |
| 45. | 1998 POWER SCREEN 830 TROMMEL S#8495333 | $150,000 |
| 46. | 1997 JOHN DEERE 744H LOADER S#DW744HM560248 | $100,000 |
| 47. | 1998 HYDRO MAC 2250C SKID LOADER S#2250B6187 | $10,000 |
| 48. | DELETE | |
| 49. | 1976 JOHN DEERE 646B WHEEL LOADER S#S1-D-271-367 | $10,000 |
| 50. | 1990 MASTERSCREEN DH SCREENING PLANT S#202-409 | $20,000 |
| 51. | 1984 MACK RD-685SX ROLL-OFF S#1M2P134C2EA010673 | $5,000 |
| 52. | DELETED | |
| 53. | DELETED | |
| 54. | 1965 AMERICAN LAFRANCE C950 FIRE PUMPER S#2.1.9859 | $5,000 |
| 55. | 1980 HILL SD 12454 TRAILER | $7,500 |
| 56. | 1995 CATERPILLAR D300E END DUMP S#7FN224 | $100,000 |
| 57. | 1995 CATERPILLAR D300E END DUMP S#7FN00226 | $100,000 |
| 58. | 1995 CATERPILLAR D300E END DUMP S#77N0029 | $100,000 |
| 59. | 1998 CATERPILLAR 345B EXCAVATOR S#5WS00189 | $225,000 |
| 60. | 1986 JOHN DEERE 595 WHEEL EXCAVATOR S#CK0595D000239 | $25,000 |
| 61. | 1996 CATERPILLAR 980G LOADER S#9CM362 | $150,000 |
| 62. | 1998 LANTECH Q300 PALLET WRAPPER S#QM004204 | $6,500 |
| 63. | 1987 CATERPILLAR D7H DOZER S#79Z936 | $30,000 |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## COMMERCIAL INLAND MARINE
## SCHEDULE OF PROPERTY COVERED

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT **PAGE THREE OF THREE**

Rate: $ ________ Premium: $ ________ Maximum Limit: $ ________
Deductible: $ ________ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 64. | 1993 CATERPILLAR 325L EXCAVATOR S#7CJ00323 | $50,000 |
| 65. | 2000 HYDRO-MAC 2650 SKID LOADER S#4045D822849 | $30,000 |
| 66. | 1994 NISSAN 5000LB FORKLIFT W/SQUEEZE S#CPH02A25V903943 | $10,000 |
| 67. | 2000 WEST SALEM 60-16 DISC SCLAPPER S#1771299 | $100,000 |
| 68. | 1984 CATERPILLAR D8K DOZER/TRACTOR S#77V12280 | $25,000 |
| 69. | 2001 KOBELCO SK-160 EXCAVATOR S#YN02U0146 | $117,500 |
| 70. | 2001 KOBELCO SK-210 EXCAVATOR S#YQ0740619 | $139,500 |
| 71. | RE1 58X48 2-PLY CONVEYOR | $20,000 |
| 72. | 1992 RETECH 3650 STACKING CONVEYOR | $25,000 |
| 73. | 1996 RETECH 6052 PICKING STATION S#96017-6052 | $60,000 |
| 74. | 1995 RETECH SCREENER S#1R9TR472X5M216107 | $50,000 |
| 75. | 1992 RETECH TROMMEL | $20,000 |
| 76. | 1995 RETECH TROMMEL | $50,000 |
| 77. | 1979 CAT 826 COMPACTOR MDL#58100184 | $25,000 |
| 78. | 1984 MACK ROLL-OFF S#RD685SX | $15,000 |
| 79. | MISCELLANEOUS TOOLS & EQUIPMENT | $5,000 |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAN. . MARINE**
**CHANGE ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

This endorsement is a part of the policy number below, and issued by the Hartford Insurance Group company designated. It takes effect on the effective date stated below.

Named Insured and Mailing Address
NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC
23 GREEN HILL RD
JOHNSTON, RI 02919

| | |
|---|---|
| Policy No.<br>02 MS IB3540 | Endt. No.<br>01 |
| Effective Date<br>05/18/2002 | 12:01 A.M. Standard Time at your mailing address |

Agent's or Broker's Name: GENCORP INSURANCE GROUP, INC.
Code: 090557

**The following items are changed as explained below and marked by X**

| | | | |
|---|---|---|---|
| [ ] Additional Premium Due This Endorsement | $ | [X] Return Premium Payable This Endorsement | $ 4,993 |
| [X] 1. Named Insured | | [ ] 5. Item(s) added to schedule | |
| [ ] 2. Mailing Address | | [ ] 6. Item(s) deleted from schedule | |
| [ ] 3. Covered Premises | | [X] 7. Description of scheduled item(s) | |
| [ ] 4. Loss Payee | | [ ] 8. ______________________ | |

**Item number and explanation of change:**
**1.) IT IS HEREBY AGREED TO AMEND THE NAMED INSURED AS FOLLOWS:**
**2.) NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC.**

**7.) CONTRACTORS EQUIPMENT SCHEDULE IS AMENDED PER THE ATTACHED MS1901(1285)**

Countersigned by [signature] Agent

Policy Expiration Date: 04/20/2003

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**Form MS 12 01 10 91** Printed in U.S.A.
VBF 06/12/2002

**COMMERCIAL INLAND MARINE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT **PAGE ONE OF THREE**

New Annual Premium $ 36,116

Rate: $ VRS New Term Premium: $ 33,335 Maximum Limit: $ 3,700,400

Deductible: $ See IH1200 (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 1. | 1988 MOSLEY S1000 CAN DENSIFIER S#90080 | $10,000 |
| 2. | 1989 PARKER T-550D PORTABLE TROMMEL S#T8713 | $20,000 |
| 3. | 1990 WEST SALEM 4040B HAMMER HOG S#D501516 | $20,000 |
| 4. | 1997 WEST SALEM 4864B HOGGER ENGINE S#4CR00571 | $100,000 |
| 5. | CHAMPION 30X44 HAMMERMILL | $19,400 |
| 6. | RAMCO 2346 GRANULATOR S#116-WR | $5,000 |
| 7. | 1997 HEIL 12M BTU DRYER | $50,000 |
| 8. | 1989 CATERPILLAR/EXCELL 3306 GENERATOR S#83Z05083 | $20,000 |
| 9. | 1992 KURTZ BROS. WOOD COLOR SYSTEM | $20,000 |
| 10. | 1992 AMADAS 860 BAGGING SYSTEM S#A30539,545,547,546 | $80,000 |
| 11. | 1991 RETECH 720 TROMMEL T04039T333817 | $30,000 |
| 12. | 1993 SCARAB 14 HYD COMPOST TURNER S#173 | $50,000 |
| 13. | 1993 ENVIROCARE RS-3590 OIL CRUSHER S#1025310 | $27,500 |
| 14. | 1994 VALMAC 9ZAQV11 LOG MACHINE S#1-75/150 | $150,000 |
| 15. | 1995 READ RD-90C SCREENALL S#1312 | $40,000 |
| 16. | 1989 CATERPILLAR PL 3412 GENERATOR SET S#81Z07540 | $75,000 |
| 17. | 1974 FAIRBANKS 90-161-A DECK SCALE S#G994553 | $5,000 |
| 18. | 1989 SHREDDING SYSTEM MDL#3400E S#891510312 | $50,000 |
| 19. | 1990 MASTERSCREEN DH SCREENING PLANT S2029478 | $20,000 |
| 20. | 1989 SELCO 2R-12150 RAM BALER S#7898018 | $80,000 |
| 21. | 1990 HUSTLER 60X37X1/4 STEEL BELT CONVEYER S#B2395 | $10,000 |
| 22. | 1989 EXCEL PLANT 3406 RED CRUSHER PLANT EXCEL S#J0689059D | $250,000 |
| 23. | 1989 CATERPILLAR 953 LOADER S#20Z3493 | $50,000 |
| 24. | DELETED | |
| 25. | CATERPILLAR D8K DOZER S#77V9768 | $25,000 |
| 26. | 1984 JOHN DEERE 555 CRAWLER DOZER S#TDD555A380093 | $10,000 |
| 27. | 1976 MICHIGAN/CLARK 125-B PAYLOADER W/ FORKS S#439C175FSL | $20,000 |
| 28. | 1990 CATERPILLAR EL-240B EXCAVATOR S#5WG0279CK0242 | $25,000 |
| 29. | 1991 CATERPILLAR 966E WHEEL LOADER S#99Y6988 | $40,000 |
| 30. | JOHN DEERE 850 ANGLE DOZER S#364981T | $10,000 |
| 31. | 1991 JOHN DEERE 690 DLC EXCAVATOR DW690DL530815 | $40,000 |
| 32. | 1990 JOHN DEERE 744 ELOADER S#CK744EB000112 | $45,000 |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAND M/ NE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT **PAGE TWO OF THREE**

Rate: $ ________ Premium: $ ________ Maximum Limit: $ ________

Deductible: $ ________ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 33. | 1993 JOHN DEERE 744 E LOADER S#CK744EB000402 | $50,000 |
| 34. | 1993 CASE 1854C LOADER S#JAF0102249 | $5,000 |
| 35. | 1990 CATERPILLAR 24V EXCAVATOR S#5TG00166 | $10,000 |
| 36. | 1980 CATERPILLAR 826C LANDFILL COMPACTOR S#87X00214 | $40,000 |
| 37. | 1976 CATERPILLAR 826B LANDFILL COMPACTOR S#58V00254 | $40,000 |
| 38. | 1993 BOBCAT 853B SKID LOADER S#510126920 | $7,500 |
| 39. | 1994 JOHN DEERE 490E EXCAVATOR S#CFF490EX025145 | $20,000 |
| 40. | 1994 JOHN DEERE 744E 4 WHEEL DRIVE S#CK44EB00452 | $50,000 |
| 41. | 1983 DJB ARTICULATED DUMP TRUCK S#6235-1983 | $20,000 |
| 42. | 1998 JOHN DEERE 690E EXCAVATOR W/THUMB S#DW960EL563237 | $50,000 |
| 43. | 1990 CATERPILLAR E120B EXCAVATOR S#7NF2680 | $25,000 |
| 44. | 1998 GRUENDLER 5060 DEMO. HOG S#8AR00492 | $200,000 |
| 45. | 1998 POWER SCREEN 830 TROMMEL S#8495333 | $150,000 |
| 46. | 1997 JOHN DEERE 744H LOADER S#DW744HM560248 | $100,000 |
| 47. | 1998 HYDRO MAC 2250C SKID LOADER S#2250B6187 | $10,000 |
| 48. | DELETE | |
| 49. | 1976 JOHN DEERE 646B WHEEL LOADER S#S1-D-271-367 | $10,000 |
| 50. | 1990 MASTERSCREEN DH SCREENING PLANT S#202-409 | $20,000 |
| 51. | 1984 MACK RD-685SX ROLL-OFF S#1M2P134C2EA010673 | $5,000 |
| 52. | DELETED | |
| 53. | DELETED | |
| 54. | 1965 AMERICAN LAFRANCE C950 FIRE PUMPER S#2.1.9859 | $5,000 |
| 55. | 1980 HILL SD 12454 TRAILER | $7,500 |
| 56. | 1995 CATERPILLAR D300E END DUMP S#7FN224 | $100,000 |
| 57. | 1995 CATERPILLAR D300E END DUMP S#7FN00226 | $100,000 |
| 58. | 1995 CATERPILLAR D300E END DUMP S#77N0029 | $100,000 |
| 59. | 1998 CATERPILLAR 345B EXCAVATOR S#5WS00189 | [illegible] |
| 60. | 1986 JOHN DEERE 595 WHEEL EXCAVATOR S#CK0595D000239 | $25,000 |
| 61. | 1996 CATERPILLAR 980G LOADER S#9CM362 | $150,000 |
| 62. | 1998 LANTECH Q300 PALLET WRAPPER S#QM004204 | $6,500 |
| 63. | 1987 CATERPILLAR D7H DOZER S#79Z936 | $30,000 |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAND MARINE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540
Type of Coverage: CONTRACTOR'S EQUIPMENT **PAGE THREE OF THREE**

Rate: $ ________ Premium: $ ________ Maximum Limit: $ ________
Deductible: $ ________ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 64. | 1993 CATERPILLAR 325L EXCAVATOR S#7CJ00323 | $50,000 |
| 65. | 2000 HYDRO-MAC 2650 SKID LOADER S#4045D822849 | $30,000 |
| 66. | 1994 NISSAN 5000LB FORKLIFT W/SQUEEZE S#CPH02A25V903943 | $10,000 |
| 67. | 2000 WEST SALEM 60-16 DISC SCLAPPER S#1771299 | $100,000 |
| 68. | 1984 CATERPILLAR D8K DOZER/TRACTOR S#77V12280 | $25,000 |
| 69. | 2001 KOBELCO SK-160 EXCAVATOR S#YN02U0146 | $117,500 |
| 70. | 2001 KOBELCO SK-210 EXCAVATOR S#YQ0740619 | $139,500 |
| 71. | RE1 58X48 2-PLY CONVEYOR | $20,000 |
| 72. | 1992 RETECH 3650 STACKING CONVEYOR | $25,000 |
| 73. | 1996 RETECH 6052 PICKING STATION S#96017-6052 | $60,000 |
| 74. | 1995 RETECH SCREENER S#1R9TR472X5M216107 | $50,000 |
| 75. | 1992 RETECH TROMMEL | $20,000 |
| 76. | 1995 RETECH TROMMEL | $50,000 |
| 77. | 1979 CAT 826 COMPACTOR MDL#58100184 | $25,000 |
| 78. | 1984 MACK ROLL-OFF S#RD685SX | $15,000 |
| 79. | MISCELLANEOUS TOOLS & EQUIPMENT | $5,000 |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**AMERICAN RECONSTRUCTION COMPANY LLC**
**Public Insurance Adjusters**
1428 Hartford Avenue
Johnston, RI 02919
Phone 401-274-8822 Fax 401-274-4603
www.arcpia.com www.publicadjusting.org

December 10, 2004

Stuart G Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096

*RE: Louis Vinagro, Policy # 02 MS IB 3540 DOL 8/24/02*

Dear Stuart:

Please find enclosed a copy of the proof of loss claim sheets and the property loss worksheets as requested for both the log room and transfer station. Any question please contact me.

Thank You
American Reconstruction Company LLC

4 encl

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# SWORN STATEMENT IN PROOF OF LOSS

4,609,650.00
AMOUNT OF POLICY AT TIME OF LOSS

02 MS IB3540
POLICY NUMBER

DATE ISSUED

BR05182002B
CO. FILE NUMBER

DATE EXPIRES

Hartford Insurance
AGENT

To the Hartford Insurance Company, (insurer)
By the above policy you insured Louis Vinagro 23 Green Hill Road, Johnston, RI 02919
against loss by Fire to the property described under Schedule "A".

1. **Time and Origin:** A fire loss occurred about the hour of 6:00 o'clock PM., on the 24th day of August 20 02. The cause and origin of the said loss were: fire damages

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: (Production of wood pellets) rented/leased to New England Ecological Development Inc.

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was (Owner) Louis Vinagro No other person or persons had any interest therein or incumbrance thereon, except N/A

4. ***Changes:*** *Since the said policy was issued there has been* no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except N/A

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, 4,609,650.00, as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, *written or oral, valid or invalid.*

*(FULL REPLACEMENT COST FIGURES TO BE INSERTED ONLY WHEN CONSIDERED IN THE ADJUSTMENT)*

| | FULL REPLACEMENT COST | ACTUAL CASH VALUE |
|---|---|---|
| 6. The value of said property at the time of loss was .......... | | 220,900.00 |
| 7. The whole loss and damage was .................................. | | 4,609,650.00 |

8. The amount (less Ded. of 0) claimed under this policy is 220,900.00
9. The said loss did not originate by any act, *design or procurement on the part of your insured, or this affiant; nothing* has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.
10. The furnishings of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.
11. THIS STATEMENT IS MADE UNDER THE PENALTY OF PERJURY.

State of Rhode Island

County of Providence [signature] Insured

Subscribed and sworn to before me this 10th day of December ~~10~~ 2004.

[signature] Notary Public
9/9/2005 Notary Public

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dec 10 04 01:41p Bob 401-274-4603 p.4

## Property Loss Worksheet

Page # 1 Insured Louis Vinagro Policy # 02MS IB3540 Damage Area Log Room

| Item No | Description (including make & model#) | Quantity | Age | Repl. Cost | Usage | | |
|---|---|---|---|---|---|---|---|
| | | | | | 1=light | 2=avg | 3=hvy |
| 1 | Champion 30x44 Hammermill | 1 | | 19,400.00 | | | |
| 2 | Ramco 2346 Granulator S#1116-WR | 1 | | 15,000.00 | | | |
| 3 | Valmar 9ZAQV11 Log Machine S#1-75 / 150 | 1 | | 175,000.00 | | | |
| 4 | Lantech Q300 Pallet Wrapper S#QM004204 | 1 | | 6,500.00 | | | |
| 5 | Miscellaneous Tools & Equipment | 1 | | 5,000.00 | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Sheet Total 220,900.00

Attest

[illegible signature]

[illegible] Court
[illegible] Bristol
Counties [illegible]
Providence [illegible] Island

January 7, 2005 CERTIFIED MAIL/RETURN RECEIPT REQUESTED

THE HARTFORD

Barbara Grady, Esq.
170 Westminster Street, Suite 601
Providence, RI 02903

*Jonathan Rose*
*Sr. General Adjuster*
*P.O. 477*
*Higganum CT 06441*
*Telephone 877-230-3084*
*Ext. 61208*
*Fax-860-757-5897*

RE: Insureds: New England Ecological Development, Inc., Louis Vinagro, Vinagro Farms
Policy Number: 02 MS IB 3540
Date of Loss: August 24, 2002

Dear Ms. Grady:

As you are know, our company has been conducting an investigation into the claim submitted by the above referenced insureds for a fire at 23 Green Hill Road, Johnston, Rhode Island on August 24, 2002. We have completed our investigation and I write to advise you and your clients that the claim is being denied. This letter is being sent to you in your capacity as attorney for one of the named insureds and in furtherance of our obligation to notify our insureds of the decision on their claims. This letter is not meant for publication to others.

Our investigation into this claim included the hiring of a private fire cause and origin investigator, the interview of numerous witnesses, the review of the documents provided by the insureds, the evaluation of the insureds' financial records, and the conducting of Mr. Vinagro's examination under oath by our counsel. As result of this investigation we have concluded that the fire of August, 24, 2002 was intentionally set by Mr. Vinagro or by others with his knowledge, assistance, or connivance. As a result, the coverage under the policy is void.

Furthermore, the insurance policy contains the following exclusion:

1. "We will not pay for 'loss' caused directly or indirectly by or resulting from any the following. Such 'loss' is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the 'loss'.

   ...

2. We will not pay for 'loss' caused by or resulting from any of the following.

   ...

   h. Dishonest acts by:
      (1) You or any of your partners;
      (2) Your directors or trustees;
      (3) Your authorized representatives or employees; or
      (4) Anyone, other than a carrier for hire, to whom you entrusted the covered Property,

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

including their employees, for any purpose:
whether acting alone or in collusion with others; and
whether or not occurring during the hours of employment."

Based on our investigation, the loss was caused by acts excluded by this policy provision.

Furthermore, the policy states: "This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your Interest in the Covered Property; or
4. A claim under this Coverage Part.

We have concluded that your client made material misrepresentations and concealed material information during the examination under oath, including information concerning the circumstances and events surrounding the fire. Accordingly, this concealment and misrepresentation serve as an alternative basis for denial of the claim.

The policy also contained the following conditions:

C. **Duties In The Event Of Loss**
You must see that the following are done in the event of loss or damage to covered property;

...

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

...

7. We may examine any insured while under oath will not in the presence of any other insured and at such times as may be reasonably required about any matter relating to this insurance or the claim, including any insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed sworn proof of loss containing information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

...

10. Cooperate with us in the investigation or settlement of the claim."

While Mr. Vinagro ultimately submitted to an examination under oath, it was long after the company requested. Furthermore, the company has still not received all of the financial records it requested and there was a substantial delay in the production of those records that were provided. A proof of loss was not provided until December 12, 2004, more than twenty-seven months after the loss. That proof of loss included only Mr. Vinagro as an insured and failed to show the interests of any other parties, including other named insureds. That proof of loss is not accepted by the company for the reasons set forth in this letter and due to its technical deficiencies.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

While setting forth these bases for denial of the claim, we reserve the right to raise such other policy conditions or defenses as may be applicable, including, but not limited to, whether Mr. Viagro has an insurable interest in the claimed property and the provisions of the suit limitation clause in the policy. If you or your client have additional information that you believe will have a bearing upon the decision that we have made, please forward that information to my attention and it will be given every consideration.

Very truly yours,

Jonathan P. Rose
Senior Property General Adjuster
The Hartford

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

1001-8415

COPY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC. AND LOUIS VINAGRO<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY | 05 177 ML<br>C.A. NO. |

FILED APR 26 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**NOTICE OF REMOVAL**

Now comes the defendant, Hartford Fire Insurance Company, (hereinafter "Defendant"), and hereby petitions for the removal of this action from the Providence County Superior Court of the State of Rhode Island, where it is now pending as Civil Action Number PC2005-1220, to the United States District Court for the District of Rhode Island, pursuant to 28 USC § 1441 *et. seq. The United States District Court for the District of Rhode Island has jurisdiction over this matter based on the court's diversity jurisdiction, Title 28 § 1332.* In support of this notice, defendant states:

1. The plaintiff, Louis Vinagro, is a citizen of the State of Rhode Island.

2. The co-plaintiff, New England Ecological Development, Inc., is a Rhode Island corporation with its principal place of business located in Johnston, RI.

3. The defendant, Hartford Fire Insurance Company is incorporated in the State of Connecticut with its principal place of business located in Hartford, Connecticut.

4. Based on a fair reading of the plaintiffs' complaint, damages in this action exceed the sum of $75,000.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

588584v1

5. There is and was complete diversity between the plaintiffs and the defendant at the time the complaint was filed in State Court and at the time defendant seeks the removal of this action.

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on the defendant are attached and incorporated by reference to this petition as set forth in defendant's Exhibit "A".

7. Pursuant to 28 USC § 1446(b), this notice is filed within thirty (30) days of plaintiffs' service of their complaint on the defendant. Pursuant to 28 USC § 1446(d) a copy of this Notice of Removal is being filed with the Clerk of the Providence County Superior Court for the State of Rhode Island and a copy is being served upon plaintiffs' counsel.

8. Pursuant to Local Rule 36(b) and General Order 2003-01, a certified docket sheet of all State Court records and proceedings and a certified or attested copy of all State Court docket entries will be filed within the next 10 days.

WHEREFORE, defendant, hereby petitions to remove this action now pending in the Providence County Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island for the aforesaid reasons.

HARTFORD FIRE INSURANCE COMPANY,
By its Attorneys,

**MORRISON MAHONEY LLP**

Michael J. Marcello #5221
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: April 26, 2005

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



588584v1

**CERTIFICATION**

I hereby certify that on the 26th day of April, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Barbara E. Grady, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Clerk
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Katy N Berdugo

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



588584v1

EXHIBIT A

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

32665

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/06/2005
Log Number 510104144

RECEIVED
APR 11 '05
SECT LITIGATION

TO: Michael Johnson
The Hartford
Hartford Plaza, 690 Asylum Avenue, HO-1-09
Hartford, CT, 06115

RE: **Process Served in Rhode Island**

FOR: HARTFORD FIRE INSURANCE COMPANY (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | New England Ecological Development, Inc., et al, Pltfs. Vs Hartford Fire Insurance Company, Dft. |
| DOCUMENT(S) SERVED: | Letter from Department of Business Regulation Insurance Div., Summons, Complaint for Declaratory and Injunctive Relief and Damages, Copy of Policy |
| COURT/AGENCY: | Superior Court Providence/Bristol, RI<br>Case # 05-1220 |
| NATURE OF ACTION: | Breach of Contract |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Providence, RI |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 04/06/2005 postmarked on 04/05/2005 |
| APPEARANCE OR ANSWER DUE: | Within 20 Days |
| ATTORNEY(S) / SENDER(S): | Barbara E. Grady, Esq.<br>170 Westminster Street<br>Providence, RI, 02903 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 790480320430<br>Email Notification, Michael Johnson MICHAEL.JOHNSON@THEHARTFORD.COM |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>10 Weybosset Street - 5th Floor<br>Providence, RI, 02903 |
| TELEPHONE: | 401-861-7400 |

LAW DEPARTMENT
APR 07 '05
RECEIVED

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Page 1 of 1 / LP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Business Regulation
INSURANCE DIVISION
233 Richmond Street, Suite 233
Providence, RI 02903 - 4233
TELEPHONE NO. (401) 222-2223

FAX No. (401) 222-5475
TDD No. (401) 222-2999

April 4, 2005

Hartford Fire Insurance Company
CT Corporation System
10 Weybosset St.
Providence RI 02903

Dear Sir or Madam:

Enclosed is a copy of a summons served upon me in the case of:

New England Ecological
Development Inc. and Louis Vinagro

vs

Hartford Fire Insurance company

Kindly acknowledge receipt of the above at your earliest convenience.

RETURN DATE (WITHIN 20 DAYS)

Very truly yours,

Associate Director/Superintendent of
Insurance

LMD
Enclosures

CERTIFIED MAIL

:rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 05-1220

NEW ENGLAND ECOLOGICAL DEVELOPMENT INC. and LOUIS VINAGRO
Plaintiff

HARTFORD FIRE INSURANCE COMPANY
Defendant

***Summons***

*To the above-named Defendant:* HARTFORD FIRE INSURANCE COMPANY

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Barbara E. Grady Plaintiff's attorney, whose address is 170 Westminster St., Suite 601 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kirk, Jr.
CLERK

Dated: 3/31/05

(Seal of the Superior Court)

True Copy Attest
Thomas Noury
P.O. Box 114626
No. Prov. RI
T Noury

3/31/05

rue Copy Attest
Hy S. Kirk, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

S-135 (REV. 10/00)

STATE OF RHODE ISLAND
SUPERIOR COURT

PROVIDENCE, SC

NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC and LOUIS VINAGRO

-VS-

HARTFORD FIRE INSURANCE COMPANY

C.A. NO. 05-

LAW DEPARTMENT
APR 07 '05
RECEIVED

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

1. Plaintiff, New England Ecological Development, Inc. ("NEED") is a corporation organized and licensed to do business in the State of Rhode Island.

2. NEED is in permanent receivership pursuant to an Order of the Providence Superior Court dated September 26, 2002.

3. NEED formerly operated a construction and demolition debris processing facility, transfer station and wood recovery facility located at 23 Greenhill Road, Johnston, Rhode Island.

4. Plaintiff Louis Vinagro ("Vinagro") is a resident of the Town of Johnston, State of Rhode Island and at all times material hereto was the sole shareholder of all the issued and stock of NEED.

5. Upon information and belief, Defendant Hartford Fire Insurance Company ("Hartford") is a corporation licensed and registered to do business in the State of Rhode Island.

6. Hartford's principle place of business is Hartford Plaza, Hartford, Connecticut, and is in the business of issuing policies of commercial liability and fire insurance.

7. On or about May 18, 2002, Hartford issued a policy for commercial/inland marine insurance coverage to NEED under Policy #02 MS IB 3540 02 (the "Policy") for a term expiring on April 20, 2003. A copy of the Policy is annexed to this Complaint as Appendix A.

8. The Policy insured certain articles of equipment which were specifically delineated on the Schedule of Property annexed to the Policy.

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

9. Vinagro was the Guarantor of NEED's obligations.

10. On or about August 24, 2002, a fire occurred at the NEED facility.

11. As a result of said fire, certain pieces of machinery and equipment that were covered under the policy were either damaged or destroyed. A number of the pieces of the machinery and equipment that were damaged or destroyed were the subject of certain Security Agreements that had been personally guaranteed by Vinagro..

12. On or about December 10, 2004, pursuant to R.I. Gen. Laws § 27-7-2.2 NEED/Vinagro, through its insurance adjuster, American Reconstruction, Inc., made demands upon the Hartford in the amount of $220,900 with respect to the damages sustained in the fire of August 24, 2002. A copy of the Demand Letter is annexed hereto as Appendix B.

13. By correspondence dated January 7, 2005, the Hartford denied NEED's request for coverage of the loss sustained in the fire of August 24, 2002 a copy of the denial is annexed hereto as Exhibit C.

**COUNT I**
**(Declaratory Judgment)**

14. NEED incorporates by reference the factual allegations set forth in Paragraphs 1 through 13 of this Complaint as if fully set forth in this Count.

15. The Hartford is obligated under the express terms of the Policy to provide coverage to NEED for losses it sustained in the fire of August 24, 2002.

16. The Hartford has refused to pay the claim, or provide coverage for the claim submitted by NEED, pursuant to the terms and conditions of the Policy.

17. NEED is a party to the Policy, and is entitled to a determination of its right under the Policy, pursuant to R.I. Gen. Laws § 9-30-2.

*Wherefore*, NEED prays that this Court issue judgment against the Hartford under the Uniform Declaratory Judgment Act, R.I. Gen. Laws § 9-30-1 through 9-30-16, declaring that the Hartford is obligated to provide coverage and pay for the loss sustained by NEED as a result of the fire on August 24, 2002, and to provide NEED such other relief as justice may require, including, without limitation, interests, costs of this action and reasonable counsel fees.

**COUNT II**
**(Breach of Contract)**

18. NEED incorporates by reference the factual allegations set forth in Paragraphs 1 through 17 of this Complaint as if fully set forth in this Count.

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

19. The Hartford is obligated under the express terms of the policy to provide coverage, and to pay for the loss sustained by NEED in the fire of August 24, 2002.

20. The Hartford has refused to comply with its obligation under the Policy, in breach thereof, whereby NEED and/or Vinagro have suffered damages.

*Wherefore*, NEED prays that this Court issue judgment against Hartford in an amount to be determined, together with such other relief as NEED may be entitled to, including, without limitation, interest, costs of this action and reasonable counsel fees.

**COUNT III**
**(Bad Faith)**

21. NEED incorporates by reference the factual allegations set forth in Paragraphs 1 through 20 of this Complaint as if fully set forth in this Count.

22. The Hartford's failure to comply with the expressed terms and conditions of its Policy to its insured NEED constitutes bad faith.

*Wherefore*, NEED requests judgment against Hartford in an amount to be determined at Trial, and that it be awarded such other relief as NEED may be entitled to, including, without limitation, interest, costs of this action and reasonable counsel fees.

Plaintiff's
By their attorney,

Barbara E. Grady, Esq. #3196
170 Westminster Street
Suite 601
Providence, RI 02903
(401) 351-4800

**Plaintiff demand Trial by Jury**

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Commercial Inland Marine

POLICY
From The Hartford




rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# QUICK REFERENCE - COMMERCIAL INLAND MARINE

## READ YOUR POLICY CAREFULLY

The Commercial Inland Marine Policy consists of the Policy Jacket, the Declarations, The Common Policy Conditions, The Commercial Inland Marine Conditions, The Coverage Form or Forms and any Endorsements issued as a part of the policy and listed on the Declarations Page.

An outline of the contents of these sections follows.

### DECLARATIONS PAGE

- Company Name and Address
- Policy Number and Previous Policy Number
- Named Insured and Mailing Address
- Policy Period
- Agent's or Broker's Name
- Summary of Coverages and Premium
- Loss Payee
- Forms Applicable

### COMMON POLICY CONDITIONS

- A. Cancellation
- B. Changes
- C. Examination of Your Books and Records
- D. Inspections and Surveys
- E. Premiums
- F. Transfer of Your Rights and Duties Under This Policy

### COMMERCIAL INLAND MARINE CONDITIONS

**Loss Conditions**

- A. Abandonment
- B. Appraisal
- C. Duties in The Event of Loss
- D. Insurance Under Two or More Coverages
- E. Loss Payment
- F. Other Insurance
- G. Pair, Sets or Parts
- H. Privilege to Adjust With Owner
- I. Recoveries
- J. Reinstatement of Limit After Loss
- K. Transfer of Rights of Recovery Against Others To Us

**General Conditions**

- A. Concealment, Misrepresentation or Fraud
- B. Legal Action Against Us
- C. No Benefit to Bailee
- D. Policy Period
- E. Valuation

### COVERAGE FORM(S)

- A. Coverage
  - 1. Covered Property
  - 2. Property Not Covered
  - 3. Covered Causes of Loss
  - 4. Coverage Extensions (If applicable)
- B. Exclusions
- C. Limits of Insurance
- D. Deductible
- E. Additional Conditions
- F. Definitions

### SCHEDULES

- Description of Covered Property
- Limit(s) of Insurance
- Rate(s)
- Premium(s)
- Deductible(s)

### ENDORSEMENTS, IF ANY

*35002021B35400101 00522

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

This Marine Policy is provided by the insurance company(s) of The Hartford Insurance Group, shown below.

# COMMERCIAL INLAND MARINE DECLARATIONS

THE HARTFORD

**INSURER:** HARTFORD FIRE INSURANCE COMPANY
HARTFORD PLAZA HARTFORD, CONNECTICUT 06115

**POLICY NUMBER:** 02 MS IB3540 · 02

**Named Insured and Mailing Address:** NEW ENGLAND DEVELOPMENT
23 GREEN HILL RD
JOHNSTON RI 02919

**Policy Period:** From 05/18/02 To 04/20/03
12:01 a.m., standard time at your mailing address shown above.

**Agent's or Broker's Name:** GENCORP INSURANCE GROUP, INC

**Insurance Provided:**
In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide insurance as stated in this policy.

This premium was computed based on rates in effect at the time this policy was issued. On each renewal or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**Summary of Commercial Inland Marine Coverages and Premium:**

| Type of Coverage | Advance Premium |
|---|---|
| CONTRACTOR'S EQUIPMENT | $41,526.00 |
| Total Advance Premium | $41,526.00 |

**The following applies to coverages subject to reporting:**

**Type of Coverage:**

**Deposit Premium:**
**Premium Base:**
**Computed on:**
**Reporting Period:**
**Adjustment Period:**
**Reporting Rate:**

**Minimum Premium:** **Type of Minimum Premium:**

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

We will adjust any losses with you and pay any claim to you and the Loss Payee jointly or as interests may appear.

**LOSS PAYEE:**

**Form Numbers of Coverage Forms, Schedules, Endorsements and other forms that are a part of this policy:**
MS17010997 MS00030997 IH00170295 IL02730102 MS00010900 MS00261285
MS19011285T
IH12011185 MINIMUM PREMIUM

*3500202IB35400101 00523

Countersigned by ______________________________
Authorized Representative Date

ORIGINAL
Form MS 18 01 09 87

*350082021B35400101 00524

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized on behalf of all insureds to agree with us on changes in the terms of this policy. If the terms are changed, the changes will be shown in an endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

We may do the same as to the books and records of any organization you newly acquire or form that is deemed to be a Named Insured under this policy.

**D. INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. Such inspections are not safety inspections. We do not undertake any duty to provide for the health or safety of any person. And we do not represent or warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations on our behalf.

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



Copyright Hartford Fire Insurance Company, 1995

(Includes copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 1985)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

*3500202IB35400101 00525

A. When this endorsement is attached to the STANDARD PROPERTY POLICY CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

B. With respect to the:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE FORM
FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITONS, DEFINITIONS
FARM - LIVESTOCK COVERAGE FORM
FARM - MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM;

Paragraph 1. of the CANCELLATION Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by giving, mailing or delivering advance written notice of cancellation to us or to our agent who issued the policy.

C. With respect to all Coverage Parts and Policies addressed in this Endorsement, the CANCELLATION Common Policy Condition is amended by replacing paragraphs 2., 3., 5. and 6. with the following:

2. We may cancel this policy by giving, mailing or delivering to the first Named Insured and agent, if any, written notice of cancellation at least:

a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

If this policy has been in effect for 60 days or more, or if this is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

a. Nonpayment of premium;

b. Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

c. Activities or omissions on your part which increase any hazard insured against, including a failure to comply with loss control recommendations;

d. Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to regulation, legislation, or court decision;

e. Loss or decrease of our reinsurance covering all or part of the risk or exposure covered by the policy;

f. Determination by the Commissioner of Insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this state;

True Copy
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

 Copyright, Insurance Services Office, Inc., 2001 

+3500202IB35400101 00526

G. Under the MORTGAGE HOLDERS Condition, the paragraph pertaining to cancellation and nonrenewal are replaced by the following:

1. If we cancel this policy, we will give, mail or deliver written notice to the mortgage holder at least:
   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or
   b. 30 days before the date of cancellation if we cancel for any other reason.
2. If we do not renew this policy, we will give, mail or deliver written notice to the mortgage holder at least 10 days before:
   a. The expiration date of the policy; or
   b. An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.
3. If notice of cancellation of nonrenewal is mailed, we will use certified mail, return receipt requested. We will also obtain a written receipt from the United States Postal Service, showing the name and address of the mortgage holder stated in the policy; this receipt will be sufficient proof of notice. If we do not receive a return receipt within 10 days, we shall forward the notice of cancellation or nonrenewal by first class mail and maintain proof of mailing. This proof of mailing will be sufficient proof of notice.

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

*3500202IB35400101 00527

## LOSS CONDITIONS

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the property or the amount of "loss", either may make written demand for an appraisal of the "loss". In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties In The Event Of Loss**

You must see that the following are done in the event of "loss" or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the "loss" or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the "loss" or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.
5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including any insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

**D. Insurance Under Two or More Coverages**

If two or more of this policy's coverages apply to the same "loss" or damage, we will not pay more than the actual amount of the "loss" or damage.

**E. Loss Payment**

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and
2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and
2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;
2. The cost of reasonably restoring that property to its condition immediately before "loss" or damage; or
3. The cost of replacing that property with substantially identical property.

In the event of "loss" or damage, the value of property will be determined as of the time of "loss" or damage.

*3500202IB35400101 00528

rue Copy Attest

Hy S. Kirch, Jr

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island


Copyright, Insurance Services Office, Inc., 1999

COMMERCIAL INLAND MARINE

*35002021IB35400101 00529

# CONTRACTOR'S EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical "loss" to Covered Property caused by any of the Covered Causes of Loss.

1. **Covered Property,** as used in this Coverage Form, means the Contractor's Equipment listed and described in the Declarations or Schedule.
2. **Property Not Covered**
   Covered Property does not include:
   a. (1) Automobiles, motor trucks, tractors, trailers, motorcycles;
      (2) Aircraft; or
      (3) Watercraft
      unless described and listed with a Limit of Insurance in the Declarations or Schedule;
   b. Property while loaned, rented, hired, or leased to others by you;
   c. Property while waterborne or airborne, except while in transit in the custody of a carrier for hire; or
   d. Contraband or property in the course of illegal transportation or trade.
3. **Covered Causes of Loss**
   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property from any external cause except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We will not pay for "loss" caused directly or indirectly by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".
   a. Seizure or destruction of property by order of governmental authority.
      But we will pay for acts of destruction to Covered Property ordered by governmental authority and taken at the time of a fire to prevent its spread.
   b. (1) Any weapon employing atomic fission or fusion; or
      (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct physical "loss" to Covered Property caused by resulting fire.
   c. (1) War, including undeclared or civil war;
      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.
2. We will not pay for "loss" caused by or resulting from any of the following.
   a. Delay, loss of use, loss of market, or any other causes of consequential "loss".
   b. Wear and tear, depreciation or obsolescence.
   c. Rust, corrosion, fungus, decay, deterioration, hidden or latent defect, or any quality in property that causes it to damage or destroy itself.
   d. Mechanical breakdown or failure.
      But we will pay for direct physical "loss" to Covered Property caused by resulting fire or explosion, except as otherwise excluded.
   e. Artificially generated electric current, in-

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



Copyright Hartford Fire Insurance Company, 1985
(Includes copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 1983, 1984)

POLICY NUMBER: 02 MS IB..40

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

MINIMUM PREMIUM

COMMERCIAL INLAND MARINE COVERAGE PART

IT IS HEREBY AGREED THAT A $1,500 MINIMUM EARNED PREMIUM APPLIES.

*3500202IB35400101 00530

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

POLICY NUMBER: 02 MS IB..20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

DEDUCTIBLE AMOUNT

COMMERCIAL INLAND MARINE COVERAGE PART

$5,000 PER ITEM BUT;
$10,000 FOR ITEM(S) WITH INSURED VALUE IN EXCESS OF $150,000;
$1,000 FOR ITEM(S) WITH INSURED VALUE LESS THAN $10,000

*3500202IB35400101 00531

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## COMMERCIAL INLAND MARINE
## SCHEDULE OF PROPERTY COVERED

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

POLICY NUMBER: 02 MS IB3540

TYPE OF COVERAGE:

RATE: VRS PREMIUM: $45,000 MAXIMUM LIMIT: $4,509,650
DEDUCTIBLE: SEE IH1200

| ITEM NO. | FULL DESCRIPTION OF COVERED PROPERTY | LIMIT OF INSURANCE |
|---|---|---|
| 1. | 1988 MOSLEY S1000 CAN DENSIFIER S#90080 | $10,000 |
| 2. | 1988 PARKER T-550D PORTABLE TROMMEL S#T8713 | $20,000 |
| 3. | 1990 WEST SALEM 4040B HAMMER HOG S# D501516 | $30,000 |
| 4. | 1997 WEST SALEM 4864B HOGGER ENGINE S#4CR00571 | $150,000 |
| 5. | CHAMPION 30X44 HAMMERMILL | $19,400 |
| 6. | RAMCO 2346 GRANULATOR S#1116-WR | $15,000 |
| 7. | 1997 HEIL 12M BTU DRYER | $75,000 |
| 8. | 1989 CATERPILLAR/EXCELL 3306 GENERATOR S#83Z05083 | $20,000 |
| 9. | 1992 KURTZ BROS. WOOD COLOR SYSTEM | $20,000 |
| 10. | 1992 AMADAS 860 BAGGING SYSTEM S#A30539,545,547,546 | $100,000 |
| 11. | 1991 RETECH 720 TROMMEL S#T00439T333817 | $50,000 |
| 12. | 1993 SCARAB 14 HYD COMPOST TURNER S#173 | $50,000 |
| 13. | 1993 ENVIRCARE RS-3590 OIL CRUSHER S#1025310 | $27,500 |
| 14. | 1994 VALMAR 9ZAQV11 LOG MACHINE S#1-75/150 | $175,000 |
| 15. | 1995 READ RD-90C SCREENALL S#1312 | $50,000 |
| 16. | 1989 CATERPILLAR PL 3412 GENERATOR SET S#81Z07540 | $75,000 |
| 17. | 1974 FAIRBANKS 90-161-A DECK SCALE S#G994553 | $5,000 |
| 18. | 1989 SHREDDING SYSTEM MDL#3400E S#89-151-0312 | $50,000 |
| 19. | 1990 MASTERSCREEN DH SCREENING PLANT S2029478 | $25,000 |
| 20. | 1989 SELCO 2R-12150 RAM BALER S#7898018 | $100,000 |
| 21. | 1990 HUSTLER 60X37X1/4 STEEL BELT CONVEY S#B2395 | $18,500 |
| 22. | 1989 EXCEL PLANT 3406 RED CRUSHER PLANT S#J0689059D | $300,000 |
| 23. | 1989 CATERPILLAR 953 LOADER S#20Z3493 | $50,000 |
| 24. | 1995 GATOR 6X4 ALL TURAINE S#W006X4X011330 | $2,500 |
| 25. | CATERPILLAR D8K DOZER S#77V9768 | $25,000 |
| 26. | 1984 JOHN DEERE 555 DOZER S#TDD555A380093 | $10,000 |
| 27. | 1976 MICHIGAN/CLARK 125-B PAYLOADER S#439C175FSL | $20,000 |
| 28. | 1990 CATERPILLAR EL-240B EXCAVATOR S#5WG0275FSL | $50,000 |
| 29. | 1991 CATERPILLAR 966E WHEEL LOADER S#99Y6988 | $50,000 |
| 30. | JOHN DEERE 850 DOZER S#364982T | $10,000 |
| 31. | 1991 JOHN DEERE 690 DLC EXCAVATOR DW690DL530815 | $50,000 |
| 32. | 1990 JOHN DEERE 744 ELOADER S#CK744EB000112 | $50,000 |
| 33. | 1993 JOHN DEERE 744 E LOADER S#CX744EB000402 | $60,000 |
| 34. | 1993 CASE 1854C LOADER S#JAF0102249 | $10,000 |
| 35. | 1990 CATERPILLAR 24V EXCAVATOR S#5TG00166 | $20,000 |
| 36. | 1980 CATERPILLAR 826C COMPACTOR S#87X00214 | $50,000 |
| 37. | 1976 CATERPILLAR 826B COMPACTOR S#58V00254 | $50,000 |
| 38. | 1993 BOBCAT 853B SKID LOADER S#510126926 | $7,500 |
| 39. | 1994 JOHN DEERE 440E EXCAVATOR S#CK744EB00452 | $30,000 |
| 40. | 1994 JOHN DERRE 744E LOADER S#CK744EB00452 | $60,000 |

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

*3500202IB3540101 00532

# COMMERCIAL INLAND MARINE
# SCHEDULE OF PROPERTY COVERED

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

**POLICY NUMBER:** 02 MS . IB3540

**TYPE OF COVERAGE:**

| | | |
|---|---|---|
| 41. | 1983 DJB 350 ARTICULATED DUMP S#6235-1983 | $30,000 |
| 42. | 1998 JOHN DEERE 690E EXCAVATOR S#DW690EL563237 | $80,000 |
| 43. | 1990 CATERPILLAR E120B EXCAVATOR S#7NF2680 | $35,000 |
| 44. | 1998 GRUENDLER 5060 DEMO. HOG S#8AR00492 | $300,000 |
| 45. | 1998 POWER SCREEN 830 TROMMEL S#8495333 | $175,000 |
| 46. | 1997 JOHN DEERE 744H LOADER S#DW744HM560248 | $150,000 |
| 47. | 1998 HYDRO MAC 2250C SKID LOADER S#15788 | $20,000 |
| 48. | ROLL-OFF CONTAINERS | $5,000 |
| 49. | 1976 JOHN DEERE 646B WHEELLOADER S#51-D-271-367 | $15,000 |
| 50. | 1990 MASTERSCREEN DTT SCREENING PLANT S#502-409 | $35,000 |
| 51. | 1984 MACK RD-685SX ROLL-OFF S#M2P134C2EA010673 | $15,000 |
| 52. | 1983 MACK MR685 FB(W/LOGLOADER) S#1M2K127L4DM006704 | $5,000 |
| 53. | 1968 MACK DM 800 DUMP S#DM885SX1029 | $5,000 |
| 54. | 1965 AMERICAN LAFRANCE C950 PUMPER S#2.1.9859 | $5,000 |
| 55. | 1980 HILL SD 12454 TRAILER | $7,500 |
| 56. | 1995 CATERPILLAR D300E END DUMP S#7FM224 | $125,000 |
| 57. | 1995 CATERPILLER D300E END DUMP S#7FM00226 | $125,000 |
| 58. | 1995 CATERPILLAR D300E END DUMP S#7M00229 | $125,000 |
| 59. | 1998 CATERPILLAR 345B EXCAVATOR S#5WS00189 | $275,000 |
| 60. | 1986 JOHN DEERE 595 WHEEL EXCAVATOR S#CK0595D000239 | $40,000 |
| 61. | 1996 CATERPILLAR 980G LOADER S#9CM362 | $175,000 |
| 62. | 1998 LANTECH Q300 PALLET WRAPPER S#QM004204 | $6,500 |
| 63. | 1987 CATERPILLAR D7H DOZER S#79Z936 | $50,000 |
| 64. | 1993 CATERPILLAR 325L EXCAVATOR S#7CJ00323 | $55,000 |
| 65. | 2000 HYDRO-MAC 2650 SKID LOADER S#404SD822849 | $40,000 |
| 66. | 1994 NISSAN 5000LB FORKLIFT S#CPH02A25V903943 | $13,250 |
| 67. | 2000 WEST SALEM 60-16 DISC SCLAPPER S#1771299 | $170,000 |
| 68. | 1984 CATERPILLAR D8K DOZER S#77V12280 | $25,000 |
| 69. | 2001 KOBELCO SK-160 EXCAVATOR S#YN02U0146 | $117,500 |
| 70. | 2001 KOBELCO SK-210 EXCAVATOR S#YQ0740619 | $139,500 |
| 71. | REI 58X48 2-PLY CONVEYOR | $20,000 |
| 72. | 1992 RETECH 3650 STACKING CONVEYOR | $25,000 |
| 73. | 1996 RETECH 6052 PICKING STATION S#96017-6052 | $60,000 |
| 74. | 1995 RETECH SCREENER S#1R9TR472XSM216107 | $75,000 |
| 75. | 1992 RETECH TROMMEL | $20,000 |
| 76. | 1995 RETECH TROMMEL | $50,000 |
| 77. | MISCELLANEOUS TOOLS & EQUIPMENT | $5,000 |

*35002021B35400101 00533

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# COMMERCIAL INLAND MARINE CHANGE ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement is a part of the policy number below, and issued by the Hartford Insurance Group company designated. It takes effect on the effective date stated below.

Named Insured and Mailing Address
NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC
23 GREEN HILL RD
JOHNSTON, RI 02919

| Policy No. 02 MS IB3540 | | Endt. No. 01 REVISED |
|---|---|---|
| Effective Date 05/16/2002 | 12:01 A.M. Standard Time at your mailing address | |

Agent's or Broker's Name: GENCORP INSURANCE GROUP, INC.
Code: 090557

The following items are changed as explained below and marked by X

| | | | |
|---|---|---|---|
| [ ] | Additional Premium Due This Endorsement $ | [X] | Return Premium Payable This Endorsement $ 8,200 |
| [X] | 1. Named Insured | [ ] | 5. Item(s) added to schedule |
| [ ] | 2. Mailing Address | [ ] | 6. Item(s) deleted from schedule |
| [ ] | 3. Covered Premises | [X] | 7. Description of scheduled item(s) |
| [ ] | 4. Loss Payee | [ ] | 8. ________ |

Item number and explanation of change:
1.) IT IS HEREBY AGREED TO AMEND THE NAMED INSURED AS FOLLOWS:
2.) NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC.

7.) CONTRACTORS EQUIPMENT SCHEDULE IS AMENDED PER THE ATTACHED MS1901(1285)

Countersigned by [signature] Agent

Policy Expiration Date: 04/20/2003

Form MS 12 01 10 91 Printed in U.S.A.
VBF 06/12/2002

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# COMMERCIAL INLAND MARINE CHANGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

This endorsement is a part of the policy number below, and issued by the Hartford Insurance Group company designated. It takes effect on the effective date stated below.

Named Insured and Mailing Address
NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC
23 GREEN HILL RD
JOHNSTON, RI 02919

| Policy No. | Endt. No. |
|---|---|
| 02 MS I83540 | 01 REVISED |
| Effective Date 05/18/2002 | 12:01 A.M. Standard Time at your mailing address |

Agent's or Broker's Name: GENCORP INSURANCE GROUP, INC.
Code: 080557

The following items are changed as explained below and marked by X

[ ] Additional Premium Due This Endorsement $

[X] Return Premium Payable This Endorsement $ 8,200

[X] 1. Named Insured

[ ] 2. Mailing Address

[ ] 3. Covered Premises

[ ] 4. Loss Payee

[ ] 5. Item(s) added to schedule

[ ] 6. Item(s) deleted from schedule

[X] 7. Description of scheduled item(s)

[ ] 8. ____________________

Item number and explanation of change:
1.) IT IS HEREBY AGREED TO AMEND THE NAMED INSURED AS FOLLOWS:
2.) NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC.

7.) CONTRACTORS EQUIPMENT SCHEDULE IS AMENDED PER THE ATTACHED MS1901(1285)

Countersigned by [signature]
Agent

Policy Expiration Date: 04/20/2003

Form MS 12 01 10 91 Printed in U.S.A.
VBF 06/12/2002

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

COMMERCIAL INLAND MARINE
SCHEDULE OF PROPERTY COVERED

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT PAGE ONE OF THREE

New Annual Premium $ 36,116

Rate: $ VRS New Term Premium: $ 33,335 Maximum Limit: $ 3,700,400

Deductible: $ See IH1200 (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 1. | 1988 MOSLEY S1000 CAN DENSIFIER S#00080 | $10,000 |
| 2. | 1989 PARKER T-650D PORTABLE TROMMEL S#T8713 | $20,000 |
| 3. | 1990 WEST SALEM 4040B HAMMER HOG S#D501516 | $20,000 |
| 4. | 1997 WEST SALEM 4864B HOGGER ENGINE S#4CR00571 | $100,000 |
| 5. | CHAMPION 30X44 HAMMERMILL | $19,400 |
| 6. | RAMCO 2346 GRANULATOR S#118-WR | $5,000 |
| 7. | 1997 HEIL 12M BTU DRYER | $50,000 |
| 8. | 1989 CATERPILLAR/EXCELL 3306 GENERATOR S#63Z05083 | $20,000 |
| 9. | 1992 KURTZ BROS. WOOD COLOR SYSTEM | $20,000 |
| 10. | 1992 AMADAS 860 BAGGING SYSTEM S#A30539,545,547,548 | $80,000 |
| 11. | 1991 RETECH 720 TROMMEL T04039T333817 | $30,000 |
| 12. | 1993 SCARAB 14 HYD COMPOST TURNER S#173 | $50,000 |
| 13. | 1993 ENVIROCARE RS-3590 OIL CRUSHER S#1025310 | $27,500 |
| 14. | 1994 VALMAC 9ZAQV11 LOG MACHINE S#1-75/150 | $150,000 |
| 15. | 1995 READ RD-90C SCREENALL S#1312 | $40,000 |
| 16. | 1989 CATERPILLAR PL 3412 GENERATOR SET S#81Z07540 | $75,000 |
| 17. | 1974 FAIRBANKS 90-151-A DECK SCALE S#G994553 | $5,000 |
| 18. | 1989 SHREDDING SYSTEM MDL#3400E S#891510312 | $50,000 |
| 19. | 1990 MASTERSCREEN DH SCREENING PLANT S2029478 | $20,000 |
| 20. | 1989 SELCO 2R-12150 RAM BALER S#7898018 | $80,000 |
| 21. | 1990 HUSTLER 60X37X1/4 STEEL BELT CONVEYER S#B2395 | $10,000 |
| 22. | 1989 EXCEL PLANT 3406 RED CRUSHER PLANT EXCEL S#J0589059D | $250,000 |
| 23. | 1989 CATERPILLAR 953 LOADER S#20Z3493 | $50,000 |
| 24. | DELETED | |
| 25. | CATERPILLAR D8K DOZER S#77V9768 | $25,000 |
| 26. | 1984 JOHN DEERE 555 CRAWLER DOZER S#TDD555A380093 | $10,000 |
| 27. | 1976 MICHIGAN/CLARK 125-B PAYLOADER W/ FORKS S#439C175FSL | $20,000 |
| 28. | 1990 CATERPILLAR EL-240B EXCAVATOR S#6WG0279CK0242 | $25,000 |
| 29. | 1991 CATERPILLAR 966E WHEEL LOADER S#99Y6988 | $40,000 |
| 30. | JOHN DEERE 850 ANGLE DOZER S#364981T | $10,000 |
| 31. | 1991 JOHN DEERE 690 DLC EXCAVATOR DW690DL530815 | $40,000 |
| 32. | 1990 JOHN DEERE 744 ELOADER S#CK744EB000112 | $45,000 |

Form MS 19 01 12 85 Printed in U.S.A.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAND MARINE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT PAGE TWO OF THREE

Rate: $ ________ Premium: $ ________ Maximum Limit: $ ________
Deductible: $ ________ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 33. | 1993 JOHN DEERE 744 E LOADER S#CK744EB000402 | $50,000 |
| 34. | 1993 CASE 1854C LOADER S#JAF0102249 | $5,000 |
| 35. | 1990 CATERPILLAR 24V EXCAVATOR S#5TG00166 | $10,000 |
| 36. | 1980 CATERPILLAR 826C LANDFILL COMPACTOR S#87X00214 | $40,000 |
| 37. | 1976 CATERPILLAR 826B LANDFILL COMPACTOR S#58V00254 | $40,000 |
| 38. | 1993 BOBCAT 853B SKID LOADER S#510126920 | $7,500 |
| 39. | 1994 JOHN DEERE 490E EXCAVATOR S#CFF490EX025145 | $20,000 |
| 40. | 1994 JOHN DEERE 744E 4 WHEEL DRIVE S#CK44EB00452 | $50,000 |
| 41. | 1983 DJB ARTICULATED DUMP TRUCK S#6235-1983 | $20,000 |
| 42. | 1998 JOHN DEERE 690E EXCAVATOR W/THUMB S#DW960EL563237 | $50,000 |
| 43. | 1990 CATERPILLAR E120B EXCAVATOR S#7NF2680 | $25,000 |
| 44. | 1998 GRUENDLER 5060 DEMO. HOG S#8AR00492 | $200,000 |
| 45. | 1998 POWER SCREEN 830 TROMMEL S#8495333 | $150,000 |
| 46. | 1997 JOHN DEERE 744H LOADER S#DW744HM560248 | $100,000 |
| 47. | 1998 HYDRO MAC 2250C SKID LOADER S#2250B6167 | $10,000 |
| 48. | DELETE | |
| 49. | 1976 JOHN DEERE 646B WHEEL LOADER S#S1-D-271-367 | $10,000 |
| 50. | 1990 MASTERSCREEN DH SCREENING PLANT S#202-409 | $20,000 |
| 51. | 1984 MACK RD-685SX ROLL-OFF S#1M2P134C2EA010673 | $5,000 |
| 52. | DELETED | |
| 53. | DELETED | |
| 54. | 1965 AMERICAN LAFRANCE C950 FIRE PUMPER S#2.1.9659 | $5,000 |
| 55. | 1980 HILL SD 12454 TRAILER | $7,500 |
| 56. | 1995 CATERPILLAR D300E END DUMP S#7FN224 | $100,000 |
| 57. | 1995 CATERPILLAR D300E END DUMP S#7FN00226 | $100,000 |
| 58. | 1995 CATERPILLAR D300E END DUMP S#77N0029 | $100,000 |
| 59. | 1998 CATERPILLAR 345B EXCAVATOR S#5WS00189 | $225,000 |
| 60. | 1986 JOHN DEERE 595 WHEEL EXCAVATOR S#CK0595D000239 | $25,000 |
| 61. | 1996 CATERPILLAR 980G LOADER S#9CM362 | $150,000 |
| 62. | 1998 LANTECH Q300 PALLET WRAPPER S#QM004204 | $6,500 |
| 63. | 1987 CATERPILLAR D7H DOZER S#79Z936 | $30,000 |

Form MS 19 01 12 85 Printed in U.S.A.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAND MARINE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS 193540

Type of Coverage: CONTRACTOR'S EQUIPMENT PAGE THREE OF THREE

Rate: $ ______ Premium: $ ______ Deductible: $ ______ Maximum Limit: $ ______ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 64. | 1995 CATERPILLAR 325L EXCAVATOR S#7CJ00323 | $80,000 |
| 65. | 2000 HYDRO-MAC 2650 SKID LOADER S#4045D822849 | $30,000 |
| 66. | 1994 NISSAN 6000LB FORKLIFT W/SQUEEZE S#CPH02A25V903943 | $10,000 |
| 67. | 2000 WEST SALEM 60-16 DISC SCLAPPER S#1771299 | $100,000 |
| 68. | 1984 CATERPILLAR D6K DOZER/TRACTOR S#77V12280 | $25,000 |
| 69. | 2001 KOBELCO SK-160 EXCAVATOR S#YN02U0146 | $117,500 |
| 70. | 2001 KOBELCO SK-210 EXCAVATOR S#YQ0740619 | $139,500 |
| 71. | RE1 58X48 2-PLY CONVEYOR | $20,000 |
| 72. | 1992 RETECH 3650 STACKING CONVEYOR | $25,000 |
| 73. | 1996 RETECH 6062 PICKING STATION S#96017-6052 | $60,000 |
| 74. | 1995 RETECH SCREENER S#1R9TR472X5M216107 | $50,000 |
| 75. | 1992 RETECH TROMMEL | $20,000 |
| 76. | 1995 RETECH TROMMEL | $50,000 |
| 77. | 1979 CAT 826 COMPACTOR MDL#58100184 | $25,000 |
| 78. | 1984 MACK ROLL-OFF S#RD8858X | $15,000 |
| 79. | MISCELLANEOUS TOOLS & EQUIPMENT | $5,000 |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Form MS 19 01 12 85 Printed in U.S.A.

# COMMERCIAL INLAND MARINE CHANGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

This endorsement is a part of the policy number below, and issued by the Hartford Insurance Group company designated. It takes effect on the effective date stated below.

**Named Insured and Mailing Address**
NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC
23 GREEN HILL RD
JOHNSTON, RI 02919

| Policy No. | | Endt. No. |
|---|---|---|
| 02 MS IB3540 | | 01 |
| Effective Date 05/18/2002 | 12:01 A.M. Standard Time at your mailing address | |

Agent's or Broker's Name: GENCORP INSURANCE GROUP, INC.
Code: 090557

The following items are changed as explained below and marked by X

| | | | |
|---|---|---|---|
| [ ] | Additional Premium Due This Endorsement $ | [X] | Return Premium Payable This Endorsement $ 4,993 |
| [X] | 1. Named Insured | [ ] | 5. Item(s) added to schedule |
| [ ] | 2. Mailing Address | [ ] | 6. Item(s) deleted from schedule |
| [ ] | 3. Covered Premises | [X] | 7. Description of scheduled item(s) |
| [ ] | 4. Loss Payee | [ ] | 8. ______ |

Item number and explanation of change:
1.) IT IS HEREBY AGREED TO AMEND THE NAMED INSURED AS FOLLOWS:
2.) NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC.

7.) CONTRACTORS EQUIPMENT SCHEDULE IS AMENDED PER THE ATTACHED MS1801(1285)

Countersigned by [signature] Agent Policy Expiration Date: 04/20/2003

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Form MS 12 01 10 91 Printed in U.S.A.
VBF 06/12/2002

**COMMERCIAL INLAND MARINE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540
Type of Coverage: CONTRACTOR'S EQUIPMENT PAGE ONE OF THREE

New Annual Premium $ 36,116

Rate: $ VRS
New Term Premium: $ 33,335
Deductible: $ See #H1200
Maximum Limit: $ 3,700,400 (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 1. | 1988 MOSLEY S1000 CAN DENSIFIER S#90080 | $10,000 |
| 2. | 1989 PARKER T-550D PORTABLE TROMMEL S#T8713 | $20,000 |
| 3. | 1990 WEST SALEM 4040B HAMMER HOG S#D501518 | $20,000 |
| 4. | 1997 WEST SALEM 4864B HOGGER ENGINE S#4CR00571 | $100,000 |
| 5. | CHAMPION 30X44 HAMMERMILL | $19,400 |
| 6. | RAMCO 2346 GRANULATOR S#116-WR | $8,000 |
| 7. | 1997 HEIL 12M BTU DRYER | $80,000 |
| 8. | 1969 CATERPILLAR/EXCELL 3306 GENERATOR S#83Z05083 | $20,000 |
| 9. | 1992 KURTZ BROS. WOOD COLOR SYSTEM | $20,000 |
| 10. | 1992 AMADAS 880 BAGGING SYSTEM S#A30539,545,547,546 | $80,000 |
| 11. | 1991 RETECH 720 TROMMEL T04039T333817 | $30,000 |
| 12. | 1993 SCARAB 14 HYD COMPOST TURNER S#173 | $50,000 |
| 13. | 1993 ENVIROCARE RS-3590 OIL CRUSHER S#1025310 | $27,500 |
| 14. | 1994 VALMAC 9ZAQV11 LOG MACHINE S#1-75/150 | $150,000 |
| 15. | 1995 READ RD-90C SCREENALL S#1312 | $40,000 |
| 16. | 1989 CATERPILLAR PL 3412 GENERATOR SET S#81Z07540 | $75,000 |
| 17. | 1974 FAIRBANKS 90-181-A DECK SCALE S#G994553 | $5,000 |
| 18. | 1989 SHREDDING SYSTEM MDL#3400E S#891510312 | $50,000 |
| 19. | 1990 MASTERSCREEN DH SCREENING PLANT S2029478 | $20,000 |
| 20. | 1989 SELCO 2R-12150 RAM BALER S#7898018 | $80,000 |
| 21. | 1990 HUSTLER 60X37X1/4 STEEL BELT CONVEYER S#B2395 | $10,000 |
| 22. | 1989 EXCEL PLANT 3406 RED CRUSHER PLANT EXCEL S#J05890590 | $250,000 |
| 23. | 1989 CATERPILLAR 953 LOADER S#20Z3493 | $50,000 |
| 24. | DELETED | |
| 25. | CATERPILLAR D8K DOZER S#77V9788 | $25,000 |
| 26. | 1984 JOHN DEERE 555 CRAWLER DOZER S#TDD555A380093 | $10,000 |
| 27. | 1976 MICHIGAN/CLARK 125-B PAYLOADER W/ FORKS S#439C175FSL | $20,000 |
| 28. | 1990 CATERPILLAR EL-240B EXCAVATOR S#5WG0279CK0242 | $25,000 |
| 29. | 1991 CATERPILLAR 966E WHEEL LOADER S#99Y6988 | $40,000 |
| 30. | JOHN DEERE 850 ANGLE DOZER S#384981T | $10,000 |
| 31. | 1991 JOHN DEERE 690 DLC EXCAVATOR DW690DL530815 | $40,000 |
| 32. | 1990 JOHN DEERE 744 ELOADER S#CK744EB000112 | $45,000 |

Form MS 19 01 12 86 Printed in U.S.A.

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAND M/ ˜INE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540

Type of Coverage: CONTRACTOR'S EQUIPMENT PAGE TWO OF THREE

Rate: $ ______ Premium: $ ______ Maximum Limit: $ ______
Deductible: $ ______ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 33. | 1993 JOHN DEERE 744 E LOADER S#CK744EB000402 | $50,000 |
| 34. | 1993 CASE 1854C LOADER S#JAF0102249 | $5,000 |
| 35. | 1990 CATERPILLAR 24V EXCAVATOR S#5TG00166 | $10,000 |
| 36. | 1980 CATERPILLAR 826C LANDFILL COMPACTOR S#87X00214 | $40,000 |
| 37. | 1976 CATERPILLAR 826B LANDFILL COMPACTOR S#58V00254 | $40,000 |
| 38. | 1993 BOBCAT 853B SKID LOADER S#510128920 | $7,500 |
| 39. | 1994 JOHN DEERE 490E EXCAVATOR S#CFF490EX025145 | $20,000 |
| 40. | 1984 JOHN DEERE 744E 4 WHEEL DRIVE S#CK44EB00452 | $50,000 |
| 41. | 1983 DJB ARTICULATED DUMP TRUCK S#6235-1983 | $20,000 |
| 42. | 1998 JOHN DEERE 690E EXCAVATOR W/THUMB S#DW960EL563237 | $50,000 |
| 43. | 1990 CATERPILLAR E120B EXCAVATOR S#7NF2680 | $25,000 |
| 44. | 1998 GRUENDLER 5060 DEMO. HOG S#8AR00492 | $200,000 |
| 45. | 1998 POWER SCREEN 830 TROMMEL S#8495333 | $150,000 |
| 46. | 1997 JOHN DEERE 744H LOADER S#DW744HM580248 | $100,000 |
| 47. | 1996 HYDRO MAC 2250C SKID LOADER S#2250B6187 | $10,000 |
| 48. | DELETE | |
| 49. | 1976 JOHN DEERE 646B WHEEL LOADER S#61-D-271-367 | $10,000 |
| 50. | 1990 MASTERSCREEN DH SCREENING PLANT S#202-409 | $20,000 |
| 51. | 1984 MACK RD-685SX ROLL-OFF S#1M2P134C2EA010673 | $5,000 |
| 52. | DELETED | |
| 53. | DELETED | |
| 54. | 1965 AMERICAN LAFRANCE C950 FIRE PUMPER S#2.1.9859 | $5,000 |
| 55. | 1980 HILL SD 12454 TRAILER | $7,500 |
| 56. | 1995 CATERPILLAR D300E END DUMP S#7FN224 | $100,000 |
| 57. | 1995 CATERPILLAR D300E END DUMP S#7FN00226 | $100,000 |
| 58. | 1995 CATERPILLAR D300E END DUMP S#77N0029 | $100,000 |
| 59. | 1998 CATERPILLAR 345B EXCAVATOR S#5WS00169 | $225,000 |
| 60. | 1986 JOHN DEERE 595 WHEEL EXCAVATOR S#CK0595D000239 | $25,000 |
| 61. | 1996 CATERPILLAR 980G LOADER S#9CM362 | $150,000 |
| 62. | 1996 LANTECH Q300 PALLET WRAPPER S#QM004204 | $6,500 |
| 63. | 1987 CATERPILLAR D7H DOZER S#79Z936 | $30,000 |

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMERCIAL INLAND MARINE**
**SCHEDULE OF PROPERTY COVERED**

This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

Policy Number: 02 MS IB3540
Type of Coverage: CONTRACTOR'S EQUIPMENT PAGE THREE OF THREE

Rate: $ ________ Premium: $ ________ Maximum Limit: $ ________
Deductible: $ ________ (If Applicable)

| Item No. | Full Description of Property Covered | Limit of Insurance |
|---|---|---|
| 64. | 1993 CATERPILLAR 325L EXCAVATOR S#7CJ00323 | $50,000 |
| 65. | 2000 HYDRO-MAC 2550 SKID LOADER S#4045D822849 | $30,000 |
| 66. | 1994 NISSAN 5000LB FORKLIFT W/SQUEEZE S#CPH02A25V903943 | $10,000 |
| 67. | 2000 WEST SALEM 60-16 DISC SCLAPPER S#1771299 | $100,000 |
| 68. | 1984 CATERPILLAR D8K DOZER/TRACTOR S#77V12280 | $25,000 |
| 69. | 2001 KOBELCO SK-160 EXCAVATOR S#YN02U0146 | $117,500 |
| 70. | 2001 KOBELCO SK-210 EXCAVATOR S#YQ07400619 | $139,500 |
| 71. | RE1 56X48 2-PLY CONVEYOR | $20,000 |
| 72. | 1992 RETECH 3650 STACKING CONVEYOR | $25,000 |
| 73. | 1998 RETECH 6052 PICKING STATION S#96017-6052 | $60,000 |
| 74. | 1995 RETECH SCREENER S#1R9TR472X5M216107 | $50,000 |
| 75. | 1992 RETECH TROMMEL | $20,000 |
| 76. | 1995 RETECH TROMMEL | $50,000 |
| 77. | 1979 CAT 826 COMPACTOR MDL#58100184 | $25,000 |
| 78. | 1984 MACK ROLL-OFF S#RD6858X | $15,000 |
| 79. | MISCELLANEOUS TOOLS & EQUIPMENT | $5,000 |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence. Rhode Island

**AMERICAN RECONSTRUCTION COMPANY LLC**
**Public Insurance Adjusters**
1428 Hartford Avenue
Johnston, RI 02919
Phone 401-274-8822
www.arcpia.com
Fax 401-274-4603
www.publicadjusting.org

December 10, 2004

Stuart G Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096

RE: Louis Vinagro, Policy # 02 MS IB 3540 DOL 8/24/02

Dear Stuart:

Please find enclosed a copy of the proof of loss claim sheets and the property loss worksheets as requested for both the log room and transfer station. Any question please contact me.

Thank You
American Reconstruction Company LLC

4 encl

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# SWORN STATEMENT IN PROOF OF LOSS

4,609,650.00
AMOUNT OF POLICY AT TIME OF LOSS

DATE ISSUED

DATE EXPIRES

02 MS IB3540
POLICY NUMBER

SR051820028
CO. FILE NUMBER

Hartford Insurance
AGENT

To the Hartford Insurance Company, (insurer)
By the above policy you insured Louis Vinagro 23 Green Hill Road, Johnston, RI 02919
against loss by Fire to the property described under Schedule "A."

1. Time and Origin: A fire loss occurred about the hour of 6:00 o'clock PM, on the 24th day of August 20 02. The cause and origin of the said loss were: fire damages.

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: (Production of wood pellets) rented/leased to New England Ecological Development Inc.

3. Title and Interest: At the time of the loss the interest of your insured in the property described therein was (Owner) Louis Vinagro No other person or persons had any interest therein or incumbrance thereon, except: N/A

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: N/A

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss, 4,609,650.00, as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

*(FULL REPLACEMENT COST FIGURES TO BE INSERTED ONLY WHEN CONSIDERED IN THE ADJUSTMENT)*

| | FULL REPLACEMENT COST | ACTUAL CASH VALUE |
|---|---|---|
| 6. The value of said property at the time of loss was | | 220,900.00 |
| 7. The whole loss and damage was | | 4,609,650.00 |

8. The amount (less Ded. of 0) claimed under this policy is 220,900.00

9. The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

10. The furnishings of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

11. THIS STATEMENT IS MADE UNDER THE PENALTY OF PERJURY.

State of Rhode Island

County of Providence

[signature] Insured

Subscribed and sworn to before me this 10th day of December 2004.

[signature] Notary Public
9/4/2005 Notary Public

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Property Loss Worksheet

Page # 1 Insured Louis Vinagro Policy # 02MS I63540 Damage Area Log Room

| Item No | Description (including make & model#) | Quantity | Age | Repl. Cost | Usage 1-light | 2-avg | 3-hvy |
|---|---|---|---|---|---|---|---|
| 1 | Champion 30x44 Hammermill | 1 | | 19,400.00 | | | |
| 2 | Ramco 2346 Granulator S#1116-WR | 1 | | 15,000.00 | | | |
| 3 | Vaimer 9ZAQV11 Log Machine S#1-75 / 150 | 1 | | 175,000.00 | | | |
| 4 | Lantech Q300 Pallet Wrapper S#Q3M004204 | 1 | | 6,500.00 | | | |
| 5 | Miscellaneous Tools & Equipment | 1 | | 5,000.00 | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Sheet Total 220,900.00

Dec 10 04 01:41p Bob 401-274-4603 p.5

January 7, 2005 CERTIFIED MAIL/RETURN RECEIPT REQUESTED

THE HARTFORD

Barbara Grady, Esq.
170 Westminster Street, Suite 601
Providence, RI 02903

*Jonathan Rose*
*Sr. General Adjuster*
*P.O. 477*
*Higganum CT 06441*
*Telephone 877-230-3084*
*Ext. 61208*
*Fax-860-757-5897*

RE: Insureds: New England Ecological Development, Inc., Louis Vinagro, Vinagro Farms
Policy Number: 02 MS IB 3540
Date of Loss: August 24, 2002

Dear Ms. Grady:

As you are know, our company has been conducting an investigation into the claim submitted by the above referenced insureds for a fire at 23 Green Hill Road, Johnston, Rhode Island on August 24, 2002. We have completed our investigation and I write to advise you and your clients that the claim is being denied. This letter is being sent to you in your capacity as attorney for one of the named insureds and in furtherance of our obligation to notify our insureds of the decision on their claims. This letter is not meant for publication to others.

Our investigation into this claim included the hiring of a private fire cause and origin investigator, the interview of numerous witnesses, the review of the documents provided by the insureds, the evaluation of the insureds' financial records, and the conducting of Mr. Vinagro's examination under oath by our counsel. As result of this investigation we have concluded that the fire of August, 24, 2002 was intentionally set by Mr. Vinagro or by others with his knowledge, assistance, or connivance. As a result, the coverage under the policy is void.

Furthermore, the insurance policy contains the following exclusion:

1. "We will not pay for 'loss' caused directly or indirectly by or resulting from any the following. Such 'loss' is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the 'loss'.

   ...

2. We will not pay for 'loss' caused by or resulting from any of the following.

   ...

   h. Dishonest acts by:
      (1) You or any of your partners;
      (2) Your directors or trustees;
      (3) Your authorized representatives or employees; or
      (4) Anyone, other than a carrier for hire, to whom you entrusted the covered Property.

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

including their employees, for any purpose:
whether acting alone or in collusion with others; and
whether or not occurring during the hours of employment."

Based on our investigation, the loss was caused by acts excluded by this policy provision.

Furthermore, the policy states: "This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

We have concluded that your client made material misrepresentations and concealed material information during the examination under oath, including information concerning the circumstances and events surrounding the fire. Accordingly, this concealment and misrepresentation serve as an alternative basis for denial of the claim.

The policy also contained the following conditions:

C. **Duties In The Event Of Loss**
You must see that the following are done in the event of loss or damage to covered property;

...

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

...

7. We may examine any insured while under oath will not in the presence of any other insured and at such times as may be reasonably required about any matter relating to this insurance or the claim, including any insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed sworn proof of loss containing information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

...

10. Cooperate with us in the investigation or settlement of the claim."

While Mr. Vinagro ultimately submitted to an examination under oath, it was long after the company requested. Furthermore, the company has still not received all of the financial records it requested and there was a substantial delay in the production of those records that were provided. A proof of loss was not provided until December 12, 2004, more than twenty-seven months after the loss. That proof of loss included only Mr. Vinagro as an insured and failed to show the interests of any other parties, including other named insureds. That proof of loss is not accepted by the company for the reasons set forth in this letter and due to its technical deficiencies.

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

While setting forth these bases for denial of the claim, we reserve the right to raise such other policy conditions or defenses as may be applicable, including, but not limited to, whether Mr. Viagro has an insurable interest in the claimed property and the provisions of the suit limitation clause in the policy. If you or your client have additional information that you believe will have a bearing upon the decision that we have made, please forward that information to my attention and it will be given every consideration.

Very truly yours,

Jonathan P. Rose
Senior Property General Adjuster
The Hartford

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island