1001-8415

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 09 2005
RHODE ISLAND

NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC. AND LOUIS VINAGRO

vs.

HARTFORD FIRE INSURANCE COMPANY

C.A. NO. 05-177 ML

# DISMISSAL STIPULATION

Now come the parties in the above-captioned matter and hereby agree that all claims in this matter may be dismissed, with prejudice, no interest and no costs.

NEW ENGLAND ECOLOGICAL DEVELOPMENT, INC. AND LOUIS VINAGRO,
By their Attorney,

Barbara E. Grady, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903
Tel: (401) 351-4800
Fax: (401) 351-4802

Dated: 9-7-05

HARTFORD FIRE INSURANCE COMPANY,
By its Attorneys,

MORRISON MAHONEY LLP

Michael J. Marcello, #5221
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: 8-8-05

Enter:
Mary M. Lisi
USDJ 9/13/05

MORRISON
MAHONEY